jurisdiction for the judicia district or county in which Employee last worked for MSDW. This Agreement shall be construed, governed by, and enforced in accordance with the laws of said jurisdiction.

8.    **Acknowledgments.**   This agreement is intended to supplement any other MSDW confidentiality and unfair competition policy, agreement, contract and covenant to which Employee may be subject. It is not intended, nor should it be construed, to be a modification of or substitution for such other confidentiality or unfair competition policies, agreements, contracts and covenants, or to be a contract of employment. By signing below, Employee acknowledges and agrees that MSDW reserves the right to reassign to another financial advisor at any time and for any reason, the accounts of the Assigned Clients and Related Clients, and that Employee has read and reviewed this Agreement in its entirety, has been given an opportunity to ask MSDW questions about it, and has been given an opportunity to consult with an attorney of Employee's choice. By signing below, Employee acknowledges that Employee understands the terms of this Agreement and knowingly and freely agrees to its terms.

_____          6-21-01 AD
Financial Advisor of Trainee                        Date

Morgan Stanley D. W., Inc. d/b/a Morgan Stanley

_____          7/9/01
By:  Branch Office Manager                          Date

Exhibit    C
Page  4  of  5

# Acknowledgement Memorandum

## ACKNOWLEDGEMENT MEMORANDUM

TO:          Financial Advisors

FROM:        Lorena J. Kern

SUBJECT:     *Morgan Stanley Dean Witter Compliance Guide*

Morgan Stanley Dean Witter has a long standing commitment to quality. Quality service, quality products and quality people are the cornerstones of Morgan Stanley Dean Witter's success. An important part of delivering quality is knowing the rules of our business. The *Morgan Stanley Dean Witter Compliance Guide* is your basic compliance tool, road map and resource.

Please review the Guide in its entirety and refer to it whenever a compliance-related question arises. Once you have finished reviewing the *Morgan Stanley Dean Witter Compliance Guide*, please sign the bottom of this memo. By signing the memo you will be certifying that you intend to comply with the policies outlined in the Guide. Return the signed memo to your Branch Manager. Thank you for your continued commitment to quality.

_____
Employee Signature

*Vincent O'Reilly*
Employee Name (Please print clearly)

*Anchorage 114/043*
Branch Name and Number

*Financial Advisor*
Employee Title

*7-31-01*
Date

Exhibit ___C___
Page __5__ of _5_