Calvin R. Jones
Jones & Colver, LLC
1900 West Benson Blvd., Suite 201
Anchorage Alaska 99517
(907) 272-6511

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

MORGAN STANLEY DW INC.,
a Delaware corporation

    Plaintiff,

vs.

TY A. SCHOMMER, LYNN ANTHONY SOISETH, SCOTT DAVID INGRIM, AND JAMES VINCENT O'REILLY,

    Defendant[s].

No. A06-

PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

1. Plaintiff Morgan Stanley DW Inc. ("Morgan Stanley") respectfully moves this Court for a Temporary Restraining Order pursuant to Rule 65 of the Federal Rules of Civil Procedure.

2. Contemporaneously herewith Morgan Stanley filed a Complaint, Declarations, and a Memorandum with the Court, which are incorporated herein and made part hereof by reference.

3. As stated in Morgan Stanley's Complaint, Declarations, and Memorandum, defendants Ty Schommer ("Schommer"), Lynn Soiseth ("Soiseth"), J. Vincent O' Reilly ("O'Reilly) and Scott Ingrim ("Ingrim") have misappropriated and are misusing Morgan Stanley's trade secret information and have solicited Morgan Stanley clients in violation of the express provisions of their Morgan Stanley Employment Agreements ("Employment Agreements") and their Account Distribution Acknowledgements ("Distribution Agreements").

4. For the reasons stated in Morgan Stanley's Complaint and Morgan Stanley's

- 1

Jones & Colver, LLC.
Attorneys at Law
1900 West Benson Blvd., Suite 201
Anchorage, Alaska 99517
Telephone: (907) 272-6511
Fax: (907) 276-6511

7146-3 pjb

Memorandum filed contemporaneously herewith, unless defendants are enjoined from converting Morgan Stanley's property to their own use and from soliciting Morgan Stanley's clients, Morgan Stanley will be irreparably harmed by:

 a) Disclosure of trade secrets, customer lists, and other confidential information that are solely the property of Morgan Stanley and its clients;

 b) Loss of confidentiality of the information contained in its clients' records, loss of confidentiality of clients' financial dealings, loss of confidence and trust of clients, loss of goodwill, loss of business reputation;

 c) Loss of personnel, damage to office stability, and a threat to the enforcement of reasonable contracts; and

 d) Present economic loss, which unascertainable at this time, and future economic loss, which is presently incalculable.

5. Morgan Stanley has no adequate remedy at law.

6. Greater injury will be inflicted upon Morgan Stanley by the denial of a temporary injunction than would be inflicted upon defendants by the granting of such relief.

7. The issuance of injunctive relief will serve the public interest in the enforcement of reasonable contracts and protection of trade secret business information.

8. It is crucial that defendants' conduct be immediately enjoined in order to avoid irreparable harm to Morgan Stanley.

9. Defendants expressly consented in their Employment Agreements, and in their Distribution Agreements, to the entry of injunctive relief in response to any breach of the Employment Agreements and Distribution Agreements. (Exhibits "A" through "H" attached to the Declaration of Harold Pierce).

WHEREFORE, Morgan Stanley respectfully prays that this Court ORDER that:

1. Defendants be immediately enjoined and restrained, directly or indirectly, and

Jones & Colver, LLC.
Attorneys at Law
1900 West Benson Blvd., Suite 201
Anchorage, Alaska 99517
Telephone: (907) 272-6511
Fax: (907) 276-6511

7146-3 pjb

whether alone or in concert with others, including any officer, agent, employee and/or representative of defendants' new employer, A.G. Edwards & Sons, Inc. (such as Pamela Parker and Darlene Castner), until further Order of this Court from doing any of the following:

    a) Soliciting or otherwise initiating any further contact or communication with any client of Morgan Stanley whom defendants served or whose name became known to defendants while in the employ of Morgan Stanley for the purpose of advising said clients of their new affiliation or for the purpose of inviting, encouraging, or requesting the transfer of any accounts or business patronage from Morgan Stanley (excluding members of defendants' immediate families); and

    b) Using, disclosing, or transmitting for any purpose, any information contained in the records of Morgan Stanley or concerning its customers, including for purposes of soliciting or accepting business or account transfers from any customer formerly serviced by defendants.

2. Defendants, and anyone acting in concert or participation with defendants, including defendants' counsel and any agent, employee, officer or representative of defendants' new employer, are further Ordered to return to Morgan Stanley's counsel any and all records, documents and/or information pertaining to Morgan Stanley's customers, whether in original, copied, computerized, handwritten or any other form, and purge any such information in their possession, custody or control, within forty-eight (48) hours of notice to defendants or their counsel of the terms of this Court's Order, provided however that any such information purged shall be printed and return to Morgan Stanley's counsel.

3. The Court's Order remains in full force and effect until such time as the Court specifically orders otherwise.

4. Pursuant to the requirements of the Federal Arbitration Act, the parties are

- 3

7146-3 pjb

Jones & Colver, LLC.
Attorneys at Law
1900 West Benson Blvd., Suite 201
Anchorage, Alaska 99517
Telephone: (907) 272-6511
Fax: (907) 276-6511

| | |
|---|---|
| 1 | directed to proceed toward an expedited arbitration hearing on the merits before a duly |
| 2 | appointed panel of arbitrators in accordance with the Rules of the National Association of |
| 3 | Securities Dealers Code of Arbitration Procedure. |
| 4 | Dated this ____ day of June, 2006. |

                          Jones & Colver, LLC

                          S/ Calvin R. Jones
                          1900 West Benson Blvd., Suite 201
                          Anchorage AK 99517
                          Phone: (907) 272-6511
                          Fax: (907) 276-6511
                          E-mail: pj@jonescolver.com
                          Alaska Bar #_7610109_____

                          *Of Attorneys for Plaintiff Morgan Stanley DW Inc.*

- 4

Jones & Colver, LLC.
Attorneys at Law
1900 West Benson Blvd., Suite 201
Anchorage, Alaska 99517
Telephone: (907) 272-6511
Fax: (907) 276-6511

7146-3 pjb

**CERTIFICATE OF SERVICE**

I hereby certify that on the ____th day of June, 2006, I served the foregoing document on the following parties at the following address:

by hand delivering to _____, attorney for Defendants, a true and correct copy thereof on said day, and mailing a true and correct copy thereof by placing in a sealed envelope addressed to them and deposited in the U.S. Post Office at Anchorage, Alaska on said day with postage prepaid.

_____

CERTIFICATE OF SERVICE - 1

Jones & Colver, LLC
1900 West Benson Blvd. Suite 201
Anchorage AK 99517
Telephone: (907) 272-6511
Fax: (907) 276-6511