Calvin R. Jones
Jones & Colver, LLC
1900 West Benson Blvd., Suite 201
Anchorage Alaska 99517
(907) 272-6511

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

MORGAN STANLEY DW INC.,
a Delaware corporation

Plaintiff,

vs.

TY A. SCHOMMER, LYNN ANTHONY SOISETH, SCOTT DAVID INGRIM, AND JAMES VINCENT O'REILLY,

Defendant[s].

No. A06-____CV ( )

ORDER GRANTING HEARING ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

Morgan Stanley DW, Inc., ("Morgan Stanley"), having brought their Motion For Temporary Restraining Order before this court and the court being fully advised

IT IS HEREBY ORDERED that a hearing is scheduled for the ___th day of June, 2006 at the hour of 1_____ a.m/pm. before the honorable Judge _____ in Courtroom ___, at the Federal Court located at 222 W. 7th Ave., Anchorage, Alaska

Dated this ____ day of June, 2006.

BY THE COURT

_____
United States District Judge

7146-3 Ntc Hearing pjb 06-02-06

- 1