Calvin R. Jones
Jones & Colver, LLC
1900 West Benson Blvd., Suite 201
Anchorage Alaska 99517
(907) 272-6511

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

MORGAN STANLEY DW INC.,
a Delaware corporation

        Plaintiff,

vs.

TY A. SCHOMMER, LYNN ANTHONY SOISETH, SCOTT DAVID INGRAM, AND JAMES VINCENT O'REILLY,

        Defendant[s].

No. A06-

TEMPORARY RESTRAINING ORDER

AND NOW, this ____ day of June, 2006, upon consideration of the Complaint and Motion of Plaintiff Morgan Stanley DW Inc. ("Morgan Stanley"), plaintiff's memorandum in support of its motion, the declarations, and the pleadings contained in the file, and the Court having determined that:

1. There is evidence that the rights of Morgan Stanley with respect to its property, proprietary and confidential information, competitive interests, and employment contracts with defendants are being and will be violated by defendants unless defendants are restrained.

2. Morgan Stanley has demonstrated a substantial likelihood of success on the merits of its claims.

3. Morgan Stanley may suffer irreparable harm and loss if defendants are

- 1

Jones & Colver, LLC.
Attorneys at Law
1900 West Benson Blvd., Suite 201
Anchorage, Alaska 99517
Telephone: (907) 272-6511
Fax: (907) 276-6511

7146-3 pjb

permitted to convert the property of Morgan Stanley to defendants' own personal use and benefit, and that of defendants' new employer, and to solicit Morgan Stanley's accounts, clients, and customers.

4. Morgan Stanley has no adequate remedy at law.

5. Greater injury will be inflicted upon Morgan Stanley by denial of temporary injunctive relief than would be inflicted upon defendants by the granting of such relief.

6. The issuance of injunctive relief will serve the public interest in enforcement of reasonable contracts and the protection of trade secrets.

IT IS HEREBY ORDERED THAT:

1. Plaintiff shall post $10,000 security in the form of a bond, which bond shall not be released until such time as the Court orders.

2. Within a radius of one-hundred (100) miles of the Morgan Stanley branch office in Anchorage, Alaska, Defendants Ty Schommer and Scott Ingrim are enjoined and restrained, directly or indirectly, and whether acting alone or in concert with others, including any officer, agent, employee and/or representative of defendants' new employer, A.G. Edwards & Sons, Inc. (such as Pamela Parker and Darlene Castner), until further Order of this Court from doing any of the following:

A. Soliciting or otherwise initiating any further contact or communication with any client of Morgan Stanley whom defendants served or whose name became known to defendants while in the employ of Morgan Stanley for the purpose of advising said clients of their new affiliation or for the purpose of inviting, encouraging, or requesting the transfer of any accounts or business patronage from Morgan Stanley (excluding members of defendants'

- 2

Jones & Colver, LLC.
Attorneys at Law
1900 West Benson Blvd., Suite 201
Anchorage, Alaska 99517
Telephone: (907) 272-6511
Fax: (907) 276-6511

7146-3 pjb

immediate families); and

B. Using, disclosing, or transmitting for any purpose, any information contained in the records of Morgan Stanley or concerning its customers, including for purposes of soliciting or accepting business or account transfers from any customer formerly serviced by defendants.

3. Within a radius of twenty-five (25) miles of the Morgan Stanley branch office in Anchorage, Alaska, Defendants Lynn Soiseth and J. Vincent O'Reilly are enjoined and restrained, directly or indirectly, and whether acting alone or in concert with others, including any officer, agent, employee and/or representative of defendants' new employer, A.G. Edwards & Sons, Inc. (such as Pamela Parker and Darlene Castner), until further Order of this Court from doing any of the following:

A. Soliciting or otherwise initiating any further contact or communication with any client of Morgan Stanley whom defendants served or whose name became known to defendants while in the employ of Morgan Stanley for the purpose of advising said clients of their new affiliation or for the purpose of inviting, encouraging, or requesting the transfer of any accounts or business patronage from Morgan Stanley (excluding members of defendants' immediate families); and

B. Using, disclosing, or transmitting for any purpose, any information contained in the records of Morgan Stanley or concerning its customers, including for purposes of soliciting or accepting business or account transfers from any customer formerly serviced by defendants.

4. Defendants, and anyone acting in concert or participation with defendants,

- 3

Jones & Colver, LLC.
Attorneys at Law
1900 West Benson Blvd., Suite 201
Anchorage, Alaska 99517
Telephone: (907) 272-6511
Fax: (907) 276-6511

7146-3 pjb

1  directly or indirectly, including defendants' counsel and any agent, employee, officer or
2  representative of A.G. Edwards & Sons, Inc., are further Ordered to return to Morgan
3  Stanley's counsel any and all records, documents and/or information pertaining to Morgan
4  Stanley's customers, whether it is original, copied, computerized, handwritten or any other
5  form and purge any such information in their possession, custody or control, within forty
6  eight (48) hours of notice to defendants or their counsel of the time of the Court's order,
7  provided, however, that any such information purged shall be printed and returned to Morgan
8  Stanley's counsel.

5.  Nothing in this Order shall prevent defendants from accepting or acting upon customer requests for account transfers, or from communicating with or servicing any clients of A.G. Edwards & Sons, Inc.

6.  This Order remains in full force and effect until such time as the Court specifically orders otherwise.

7.  Pursuant to the requirements of the Federal Arbitration act, the parties are directed to proceed toward an expedited arbitration hearing on the merits before a duly appointed panel of arbitrators in accordance with the Rules of the National Association of Securities Dealers Code of Arbitration Procedure.

SO ORDERED, this ____ day of June, 2006 at ____ o'clock ____.m.

BY THE COURT

_____
United States District Judge

- 4

Jones & Colver, LLC.
Attorneys at Law
1900 West Benson Blvd., Suite 201
Anchorage, Alaska 99517
Telephone: (907) 272-6511
Fax: (907) 276-6511

7146-3 pjb

```
 1  SUBMITTED BY:
       Attorney for Plaintiff
 2     Morgan Stanley DW Inc.

 3        Dated this  5  day of June, 2006.

 4
                                       Jones & Colver, LLC
 5

 6
                                  By: _____
 7                                    Calvin R. Jones, ASB
                                      # 7610109
 8                                    Of Attorneys for Plaintiff Morgan Stanley
                                      DW Inc.
 9
```

- 5

7146-3 pjb

Jones & Colver, LLC.
Attorneys at Law
1900 West Benson Blvd., Suite 201
Anchorage, Alaska 99517
Telephone: (907) 272-6511
Fax: (907) 276-6511