Calvin R. Jones
Jones & Colver, LLC
1900 West Benson Blvd., Suite 201
Anchorage Alaska 99517
(907) 272-6511

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| MORGAN STANLEY DW INC., a Delaware corporation<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TY A. SCHOMMER, LYNN ANTHONY SOISETH, SCOTT DAVID INGRIM, AND JAMES VINCENT O'REILLY,<br><br>　　　　　Defendant[s]. | No. A 3:06-CV-00135<br><br>AFFIDAVIT OF BRANCH HAYMANS IN SUPPORT OF MORGAN STANLEY'S MOTION FOR A TEMPORARY RESTRAINING ORDER |

STATE OF ALASKA　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　) ss.
THIRD JUDICIAL DISTRICT　　　　　　)

　　　　I, Branch Haymans, hereby declare and say:

　　　　1.　　I am a Financial Advisor employed by Morgan Stanley DW Inc. ("Morgan Stanley") and work in Morgan Stanley's Anchorage, Alaska branch office. I submit this Declaration in support of Morgan Stanley's request for injunctive relief against Ty Schommer ("Schommer"), Lynn Soiseth ("Soiseth"), J. Vincent O' Reilly ("O'Reilly) and Scott Ingrim ("Ingrim") (collectively referred to hereinafter as the "Former Advisors").

　　　　2.　　On May 26, 2006, the Former Advisors resigned from their employment from Morgan Stanley and started work for a competing securities brokerage firm, A.G. Edwards & Sons. I have contacted a number of Morgan Stanley clients who were previously serviced by the Former Advisors. More than one Morgan Stanley client has

- 1

Jones & Colver, LLC.
Attorneys at Law
1900 West Benson Blvd., Suite 201
Anchorage, Alaska 99517
Telephone: (907) 272-6511
Fax: (907) 276-6511

7146-3 pjb

1  reported to me that they had been contacted by Pam Parker, a former Morgan Stanley sales

2  assistant who also resigned on May 26 to work with the Former Advisors at A.G. Edwards &

3  Sons, and that Ms. Parker has requested that the Morgan Stanley clients transfer their assets

4  from Morgan Stanley to A.G. Edwards & Sons.  A number of other clients have reported that

5  they have been contacted (either directly or by way of a message) by the Former Advisors

6  and that the Former Advisors have requested the Morgan Stanley clients to transfer their

7  assets to A.G. Edwards & Sons.

8        3.  Morgan Stanley clients that were formerly serviced by the Former

9  Advisors have also advised me that they have received documents in the mail from A.G.

10 Edwards & Sons.

11       4.  One particular Morgan Stanley client has expressed to me that he was

12 concerned by the fact that the Former Advisors had contacted him.  The Morgan Stanley

13 client expressed concern that the Former Advisors had his telephone number because he had

14 not authorized Morgan Stanley to provide his contact information to any third parties.  The

15 Morgan Stanley client asked what steps Morgan Stanley was taking to protect his

16 confidential information.  I assured the Morgan Stanley client that it was my understanding

17 that the Former Advisors had signed confidentiality agreements and that Morgan Stanley had

18 retained legal counsel to address the situation.

19       I declare under penalty of perjury under the laws of the State of Alaska that

20 the foregoing are true and correct statements to the best of my knowledge, information, and

21 belief.

- 2

Jones & Colver, LLC.
Attorneys at Law
1900 West Benson Blvd., Suite 201
Anchorage, Alaska 99517
Telephone:  (907) 272-6511
Fax: (907) 276-6511

7146-3 pjb

Signed at Anchorage, Alaska this 2nd day of June, 2006.

*[signature]*
Branch Haymans

SUBSCRIBED AND SWORN to before me this 2nd day of June, 2006.

*[signature]*
Notary Public for the State of Alaska
My Commission Expires: 11·24·08

OFFICIAL SEAL
STATE OF ALASKA
NOTARY PUBLIC
POLLY JEAN BOUSSELAIRE

- 3

Jones & Colver, LLC.
Attorneys at Law
1900 West Benson Blvd., Suite 201
Anchorage, Alaska 99517
Telephone: (907) 272-6511
Fax: (907) 276-6511

7146-3 pjb

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26