Calvin R. Jones
Jones & Colver, LLC
1900 West Benson Blvd., Suite 201
Anchorage Alaska 99517
(907) 272-6511

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

MORGAN STANLEY DW INC.,
a Delaware corporation

        Plaintiff,

vs.

TY A. SCHOMMER, LYNN ANTHONY SOISETH, SCOTT DAVID INGRIM, AND JAMES VINCENT O'REILLY,

        Defendant[s].

No. A06-

AFFIDADVIT OF LAURA GODENZI IN SUPPORT OF MORGAN STANLEY'S MOTION FOR A TEMPORARY RESTRAINING ORDER

STATE OF ALASKA    )
                                ) ss.
THIRD JUDICIAL DISTRICT )

I, Laura Godenzi, hereby declare and say:

1.     I am a Financial Advisor employed by Morgan Stanley DW Inc. ("Morgan Stanley") and work in Morgan Stanley's Anchorage, Alaska branch office. I submit this Declaration in support of Morgan Stanley's request for injunctive relief against Ty Schommer ("Schommer"), Lynn Soiseth ("Soiseth"), J. Vincent O' Reilly ("O'Reilly) and Scott Ingrim ("Ingrim") (collectively referred to hereinafter as the "Former Advisors").

2.     During the work week of May 22, 2006, when I went to pick-up documents that I had printed, I noticed that an assistant for the Former Advisors had printed an usually large number of "Household" pages. The "Household" pages include information

- 1

Jones & Colver, LLC.
Attorneys at Law
1900 West Benson Blvd., Suite 201
Anchorage, Alaska 99517
Telephone: (907) 272-6511
Fax: (907) 276-6511

7146-3 pjb

1  about Morgan Stanley clients such as account names, account numbers, client addresses and
2  the total asset value of the particular household.  I was surprised by the volume of the
3  "Household" pages that the assistant for the Former Advisors printed because it would be
4  unusual to reference a large number of "Household" pages in the regular course of servicing
5  Morgan Stanley clients.  It is my understanding that later that same week, on May 26, 2006,
6  
7  the Former Advisors resigned from their employment from Morgan Stanley and immediately
8  started work for a competing securities firm.
9          3.    On June 2, 2006 I spoke with a Morgan Stanley client who told me she
10 had received something in the mail from Lynn Soiseth regarding the moving of her account.
11         4.    On June 2, 2006 I also spoke with a Morgan Stanley client who told
12 
13 me that she had talked with Vince O'Reilly and that he would be taking her paperwork and
14 moving her account.
15         5.    I spoke with another Morgan Stanley client on June 2, 2006 to inform
16 him of the change in is account representative.  The client stated he was aware of what was
17 going on and that he had been working with his financial advisor for a long time."  It was
18 apparent he was aware of the change before I called to inform him it.
19         I declare under penalty of perjury under the laws of the State of Alaska that
20 
21 
22 
23 
24 
25 
26 

- 2

7146-3 pjb

Jones & Colver, LLC.
Attorneys at Law
1900 West Benson Blvd., Suite 201
Anchorage, Alaska 99517
Telephone:  (907) 272-6511
Fax: (907) 276-6511

the foregoing are true and correct statements to the best of my knowledge, information, and belief.

   Signed at Anchorage, Alaska this 2nd day of June, 2006.

          _/s/ Laura Godenzi_
          Laura Godenzi

SUBSCRIBED AND SWORN to before me this 2nd day of June, 2006.

          _/s/ Rally Jean Bousseau_
          Notary Public for the State of Alaska
          My Commission Expires: 11·24·08

- 3

7146-3 pjb

Jones & Colver, LLC.
Attorneys at Law
1900 West Benson Blvd., Suite 201
Anchorage, Alaska 99517
Telephone: (907) 272-6511
Fax: (907) 276-6511