Calvin R. Jones
Jones & Colver, LLC
1900 West Benson Blvd., Suite 201
Anchorage Alaska 99517
(907) 272-6511

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

MORGAN STANLEY DW INC.,
a Delaware corporation

Plaintiff,

vs.

TY A. SCHOMMER, LYNN ANTHONY SOISETH, SCOTT DAVID INGRIM, AND JAMES VINCENT O'REILLY,

Defendant[s].

No.  A06-

AFFIDAVIT OF STEVE MCSHARRY IN SUPPORT OF MORGAN STANLEY'S MOTION FOR A TEMPORARY RESTRAINING ORDER

STATE OF ALASKA    )
                   ) ss.
THIRD JUDICIAL DISTRICT )

I, Steve McSharry, hereby declare and say:

1. I am a Financial Advisor employed by Morgan Stanley DW Inc. ("Morgan Stanley") and work in Morgan Stanley's Anchorage, Alaska branch office. I submit this Declaration in support of Morgan Stanley's request for injunctive relief against Ty Schommer ("Schommer"), Lynn Soiseth ("Soiseth"), J. Vincent O' Reilly ("O'Reilly) and Scott Ingrim ("Ingrim") (collectively referred to hereinafter as the "Former Advisors").

2. On May 26, 2006, the Former Advisors resigned from their employment from Morgan Stanley and started work for a competing securities brokerage firm, A.G. Edwards & Sons. Subsequent to the resignation of the Former Advisors, I have

- 1

Jones & Colver, LLC.
Attorneys at Law
1900 West Benson Blvd., Suite 201
Anchorage, Alaska 99517
Telephone:  (907) 272-6511
Fax: (907) 276-6511

7146-3 pjb

1  contacted a Morgan Stanley client who told me that he received in the mail a packet of
2  documents from the Former Advisors.  From the description of the materials provided to me
3  by the Morgan Stanley client (he specifically mentioned that one of the documents contained
4  the word "Edwards"), in my opinion it sounds like the packet of documents contained a form
5  used in the industry to transfer assets from one brokerage firm to another.  The client also
6  relayed that the packet of documents that he received from the Former Advisors contained
7  the new business cards of the Former Advisors with their new contact information at A.G.
8  Edwards.

      3.    I spoke to a different Morgan Stanley client who called to inquire about the status of his accounts at Morgan Stanley.  I placed him on hold while I researched his question. When I released the hold, I could hear the Morgan Stanley client discussing his accounts with Pam Parker, a former sales assistant with Morgan Stanley who also resigned from Morgan Stanley on May 26, 2006 to work for the Former Advisors at A.G. Edwards & Sons.  I worked with Ms. Parker for a number of years and could recognize her voice.  I cannot say for certain what Ms. Parker was telling the Morgan Stanley client, but it appeared to me that Ms. Parker was providing the Morgan Stanley client with specific Morgan Stanley account information and advising the Morgan Stanley client to inquire about specific account numbers.

      I declare under penalty of perjury under the laws of the State of Alaska that

- 2

Jones & Colver, LLC.
Attorneys at Law
1900 West Benson Blvd., Suite 201
Anchorage, Alaska 99517
Telephone: (907) 272-6511
Fax: (907) 276-6511

7146-3 pjb

1  the foregoing are true and correct statements to the best of my knowledge, information, and
2  belief.
3       Signed at Anchorage, Alaska this 5nd day of June, 2006.

                                     /s/ Steve McSharry
                                     Steve McSharry

    SUBSCRIBED AND SWORN to before me this 2nd day of June, 2006.

OFFICIAL SEAL
STATE OF ALASKA
NOTARY PUBLIC
POLLY JEAN BOUSSELAIRE

/s/ Polly Jean Bousselaire
Notary Public for the State of Alaska
My Commission Expires: 11·24·08

- 3

7146-3 pjb

Jones & Colver, LLC.
Attorneys at Law
1900 West Benson Blvd., Suite 201
Anchorage, Alaska 99517
Telephone: (907) 272-6511
Fax: (907) 276-6511