Calvin R. Jones
Jones & Colver, LLC
1900 West Benson Blvd., Suite 201
Anchorage Alaska 99517
(907) 272-6511

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

MORGAN STANLEY DW INC.,
a Delaware corporation

Plaintiff,

vs.

TY A. SCHOMMER, LYNN ANTHONY SOISETH, SCOTT DAVID INGRIM, AND JAMES VINCENT O'REILLY,

Defendant[s].

No. A06-

AFFIDAVIT OF PATRICK DAVIDS IN SUPPORT OF MORGAN STANLEY'S MOTION FOR A TEMPORARY RESTRAINING ORDER

STATE OF ALASKA      )
                     ) ss.
THIRD JUDICIAL DISTRICT )

I, Patrick Davids, hereby declare and say:

1. I am a Financial Advisor employed by Morgan Stanley DW Inc. ("Morgan Stanley") and work in Morgan Stanley's Anchorage, Alaska branch office. I submit this Declaration in support of Morgan Stanley's request for injunctive relief against Ty Schommer ("Schommer"), Lynn Soiseth ("Soiseth"), J. Vincent O' Reilly ("O'Reilly) and Scott Ingrim ("Ingrim") (collectively referred to hereinafter as the "Former Advisors").

2. On May 26, 2006, the Former Advisors resigned from their employment from Morgan Stanley and started work for a competing securities brokerage firm, A.G. Edwards & Sons. Subsequent to the resignation of the Former Advisors, I have

- 1

Jones & Colver, LLC.
Attorneys at Law
1900 West Benson Blvd., Suite 201
Anchorage, Alaska 99517
Telephone: (907) 272-6511
Fax: (907) 276-6511

7146-3 pjb

1  contacted Morgan Stanley clients who were previously serviced by the Former Advisors.
2  Some of the Morgan Stanley clients have told me that they have received materials in the
3  mail from the Former Advisors that the Morgan Stanley clients have described to me as
4  documents that are intended to encourage Morgan Stanley clients to transfer their assets to
5  A.G. Edwards & Sons.
6
7        3.    One Morgan Stanley client told me that at one time he spoke to
8  Schommer and decided to transfer his account to A.G. Edwards & Sons. Another Morgan
9  Stanley client told me that he spoke to O'Reilly and that O'Reilly discussed with the Morgan
10 Stanley client the process and cost of transferring assets from Morgan Stanley to A.G.
11 Edwards & Sons.
12
13       I declare under penalty of perjury under the laws of the State of Alaska that
14 the foregoing are true and correct statements to the best of my knowledge, information, and
15 belief.
16       Signed at Anchorage, Alaska this 2nd day of June, 2006.

*P. Davids*
_____
Patrick Davids

SUBSCRIBED AND SWORN to before me this 2nd day of June, 2006.

*Polly Jean Bousselaire*
_____
Notary Public for the State of Alaska
My Commission Expires: 11·24·08

OFFICIAL SEAL
STATE OF ALASKA
NOTARY PUBLIC
POLLY JEAN BOUSSELAIRE

- 2

Jones & Colver, LLC.
Attorneys at Law
1900 West Benson Blvd., Suite 201
Anchorage, Alaska 99517
Telephone: (907) 272-6511
Fax: (907) 276-6511

7146-3 pjb