Calvin R. Jones
Jones & Colver, LLC
1900 West Benson Blvd., Suite 201
Anchorage Alaska 99517
(907) 272-6511

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

MORGAN STANLEY DW INC.,
a Delaware corporation

    Plaintiff,

vs.

TY A. SCHOMMER, LYNN ANTHONY SOISETH, SCOTT DAVID INGRIM, AND JAMES VINCENT O'REILLY,

    Defendant[s].

No. A06-

AFFIDAVIT OF CLARK RUSH IN SUPPORT OF MORGAN STANLEY'S MOTION FOR A TEMPORARY RESTRAINING ORDER

STATE OF ALASKA    )
    ) ss.
THIRD JUDICIAL DISTRICT  )

I, Clark Rush, hereby declare and say:

1. I am the former Branch Manager for the Anchorage, Alaska Branch Office of Morgan Stanley DW Inc. ("Morgan Stanley") and currently a Financial Advisor in the office. I submit this Declaration in support of Morgan Stanley's request for injunctive relief against Ty Schommer ("Schommer"), Lynn Soiseth ("Soiseth"), J. Vincent O' Reilly ("O'Reilly) and Scott Ingrim ("Ingrim") (collectively referred to hereinafter as the "Former Advisors").

2. On May 26, 2006, the Former Advisors resigned from their employment from Morgan Stanley. Subsequent to their resignation, I have contacted a

- 1

Jones & Colver, LLC.
Attorneys at Law
1900 West Benson Blvd., Suite 201
Anchorage, Alaska 99517
Telephone: (907) 272-6511
Fax: (907) 276-6511

7146-3 pjb

Morgan Stanley client who told me that he received a message from Schommer and that the client had also received a packet of documents that encouraged the Morgan Stanley client to transfer their assets to A.G. Edwards & Sons, the Former Advisors' new employer. Another Morgan Stanley client confirmed that he spoke with O'Reilly, who talked to the Morgan Stanley client about transferring his assets from Morgan Stanley to A.G. Edwards & Sons.

I declare under penalty of perjury under the laws of the State of Alaska that the foregoing are true and correct statements to the best of my knowledge, information, and belief.

Signed at Anchorage, Alaska this 2nd day of June, 2006.

_____
Clark Rush

SUBSCRIBED AND SWORN to before me this 2nd day of June, 2006.

_____
Notary Public for the State of Alaska
My Commission Expires: 11-24-08

OFFICIAL SEAL
STATE OF ALASKA
NOTARY PUBLIC
POLLY JEAN BOUSSELAIRE

- 2

7146-3 pjb

Jones & Colver, LLC.
Attorneys at Law
1900 West Benson Blvd., Suite 201
Anchorage, Alaska 99517
Telephone: (907) 272-6511
Fax: (907) 276-6511