Calvin R. Jones
Jones & Colver, LLC
1900 West Benson Blvd., Suite 201
Anchorage Alaska 99517
(907) 272-6511

# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

| | |
|---|---|
| MORGAN STANLEY DW INC., a Delaware corporation<br><br>Plaintiff,<br><br>vs.<br><br>TY A. SCHOMMER, LYNN ANTHONY SOISETH, SCOTT DAVID INGRIM, AND JAMES VINCENT O'REILLY,<br><br>Defendant[s]. | No. A06-<br><br>AFFIDAVIT OF HAROLD PIERCE IN SUPPORT OF MORGAN STANLEY'S MOTION FOR A TEMPORARY RESTRAINING ORDER |

STATE OF ALASKA        )
                       ) ss.
THIRD JUDICIAL DISTRICT )

I, Harold Pierce, hereby declare and say:

1. I am a Vice President and the Branch Manager for the Anchorage, Alaska Branch Office of Morgan Stanley DW Inc. ("Morgan Stanley"). I submit this Declaration in support of Morgan Stanley's request for injunctive relief against Ty Schommer ("Schommer"), Lynn Soiseth ("Soiseth"), J. Vincent O' Reilly ("O'Reilly) and Scott Ingrim ("Ingrim") (collectively referred to hereinafter as the "Former Advisors").

2. I am formerly the Branch Manager of Morgan Stanley's Eugene,

- 1

Jones & Colver, LLC.
Attorneys at Law
1900 West Benson Blvd., Suite 201
Anchorage, Alaska 99517
Telephone: (907) 272-6511
Fax: (907) 276-6511

7146-3 pjb

Oregon branch office and recently became the Branch Manager of the Anchorage, Alaska branch office. As Branch Manager, my duties and areas of responsibility include sales supervision, compliance, implementation of firm policy, and general responsibility and familiarity with each Financial Advisor and the accounts he/she services.

3. On or about November 14, 1994, Morgan Stanley hired Schommer. As a condition of employment, Schommer executed an Account Executive Trainee Employment Agreement ("Schommer Employment Agreement"). A true and correct copy of the Schommer Employment Agreement is attached hereto as Exhibit A. Section 1 of that agreement requires Schommer to keep Morgan Stanley's records confidential. Section 2 of that agreement prohibits Schommer, for a period of one year, from soliciting Morgan Stanley clients within a one hundred mile radius of Morgan Stanley's Anchorage office.

4. On or about January 15, 1988, Morgan Stanley hired Soiseth. As a condition of employment, Soiseth executed an Account Executive Employment Agreement ("Soiseth Employment Agreement"). A true and correct copy of the Soiseth Employment Agreement is attached hereto as Exhibit B. Section 1 of that agreement requires Soiseth to keep Morgan Stanley's records confidential. Section 2 of that agreement prohibits Soiseth, for a period of ninety days, from soliciting Morgan Stanley clients within a twenty five mile radius of Morgan Stanley's Anchorage office.

5. On or about February 26, 1988, Morgan Stanley hired O'Reilly. As a condition of employment, O'Reilly executed an Account Executive Employment Agreement ("O'Reilly Employment Agreement"). A true and correct copy of the O'Reilly Employment Agreement is attached hereto as Exhibit C. Section 1 of that agreement requires O'Reilly to

- 2

Jones & Colver, LLC.
Attorneys at Law
1900 West Benson Blvd., Suite 201
Anchorage, Alaska 99517
Telephone: (907) 272-6511
Fax: (907) 276-6511

7146-3 pjb

keep Morgan Stanley's records confidential. Section 2 of that agreement prohibits O'Reilly, for a period of ninety days, from soliciting Morgan Stanley clients within a twenty five mile radius of Morgan Stanley's Anchorage office.

6. On or about October 23, 2000, Morgan Stanley hired Ingrim. As a condition of employment, Ingrim executed a Financial Advisor Trainee Employment Agreement ("Ingrim Employment Agreement"). A true and correct copy of the Ingrim Employment Agreement is attached hereto as Exhibit D. Section 1 of that agreement requires Ingrim to keep Morgan Stanley's records confidential. Section 2 of that agreement prohibits Ingrim, for a period of one year, from soliciting Morgan Stanley clients within a one hundred mile radius of Morgan Stanley's Anchorage office.

7. Morgan Stanley provided the Former Advisors with training, and paid for their annual registration fees with the New York Stock Exchange, National Association of Securities Dealers, American Stock Exchange, and various other state securities commissions. Morgan Stanley also compensated the Former Advisors throughout their employment with the firm, and provided them with employment-related benefits, systems, sales support, and other opportunities.

8. Many of the Former Advisors' accounts were not the result of their prospecting efforts. During the course of their employment, Morgan Stanley assigned accounts to the Former Advisors that became available due to the departure of other financial advisors. As a condition of the assignment of these accounts, Schommer, Soiseth, O'Reilly, and Ingrim executed Account Distribution Acknowledgements ("Distribution Agreements"), attached hereto as Exhibits E through H. Section 3 of the Distribution Agreements requires

- 3

Jones & Colver, LLC.
Attorneys at Law
1900 West Benson Blvd., Suite 201
Anchorage, Alaska 99517
Telephone: (907) 272-6511
Fax: (907) 276-6511

7146-3 pjb

Schommer, Soiseth, O'Reilly and Ingrim to keep Morgan Stanley's records confidential and prohibits the removal of those records from Morgan Stanley's offices without authorization. Section 4 of the Distribution Agreements prohibits Schommer, Soiseth, O'Reilly, and Ingrim from soliciting Morgan Stanley clients for a period of one year.

9. As a result of his employment with Morgan Stanley, Schommer serviced approximately 846 accounts with approximately $106 million in assets under Morgan Stanley management that generated approximately $662,358 in annual revenue to Morgan Stanley. As a result of his employment with Morgan Stanley, Soiseth serviced approximately 651 accounts with approximately $82 million in assets under Morgan Stanley management that generated approximately $513,587 in annual revenue to Morgan Stanley. As a result of his employment with Morgan Stanley, O'Reilly serviced approximately 488 accounts with approximately $62 million in assets under Morgan Stanley management that generated approximately $360,730 in annual revenue to Morgan Stanley. As a result of his employment with Morgan Stanley, Ingrim serviced approximately 368 accounts representing approximately $45 million in assets under Morgan Stanley management that generated approximately $283,729 in annual revenue to Morgan Stanley. In total, as a result of their employment with Morgan Stanley, the Former Advisors serviced approximately 2,353 accounts representing approximately $295 million in assets under Morgan Stanley management that generated over $1.8 million in annual revenues to Morgan Stanley.

10. At approximately 8:30 p.m. on May 25, 2006, I went to the Anchorage office to conduct business. While I was at the office, I encountered the Former Advisors taking boxes of documents and belongings out of the office. When I confronted the Former

Jones & Colver, LLC.
Attorneys at Law
1900 West Benson Blvd., Suite 201
Anchorage, Alaska 99517
Telephone: (907) 272-6511
Fax: (907) 276-6511

7146-3 pjb