**MORGAN STANLEY**

## ACCOUNT REFERRAL/
## ASSIGNED LEAD AGREEMENT

WHEREAS, this Account Referral/Assigned Lead Agreement (the "Agreement") is entered into between Morgan Stanley D.W., Inc. ("MSDW") d/b/a Morgan Stanley and _Vince O'Reilly_ (the "Employee") on this _____ day of _____, 20__ for the purpose of assigning to Employee clients, prospective client leads or client accounts which were formerly opened, developed and/or serviced by, or had a prior business relationship with, an employee of MSDW other than Employee. For purposes of this Agreement MSDW shall include Morgan Stanley D. W., Inc. and any and all parents, subsidiaries, affiliates, predecessor and successor entities.

WHEREAS, the Employee acknowledges that the existing client accounts, relationships and account leads or prospects are a valuable asset of MSDW and their assignment to Employee by MSDW for development and/or servicing is desired by Employee and may result in additional clients or benefits to Employee including but not limited to commissions and the referral of related client accounts; and

WHEREAS, Employee further acknowledges that but for the assignment of the above-referenced client leads, existing clients and accounts and the referral of related clients and accounts to Employee, said leads, clients and accounts would not be available to Employee;

NOW, THEREFORE, in exchange for the benefits and consideration described above Employee agrees to the conditions set forth in this Agreement.

1. **Assigned Clients and Leads.** During Employee's employment by MSDW as a financial advisor, MSDW may assign to the Employee one or more client prospects or leads, clients or client accounts formerly identified, developed, opened, or serviced by a Morgan Stanley Dean Witter & Co. employee other than the Employee (the "Assigned Clients").

2. **Related Clients.** Assigned Clients may refer new client accounts to the Employee (the "Related Clients"). The Employee acknowledges and agrees that the Related Clients are directly derived from the Assigned Clients and that a portion of the commissions generated from such accounts will be paid out to Employee.

3. **Confidential and Proprietary Company Information and Records.** It is understood and agreed that all files, papers, memoranda, letters, floppy disks, facsimile, electronic or other communications whether original, duplicated, computerized, memorized, handwritten or in any other form, and all information derived therefrom relating to the business of MSDW and MSDW employees and clients, including but not limited to the names, addresses, telephone, e-mail or any other identifying numbers and financial information of the Assigned Clients and the Related Clients (hereinafter collectively "Confidential and Proprietary Information and Records") are confidential and the sole and exclusive property of MSDW. Employee further agrees that Confidential and Proprietary Information and Records whether provided to Employee by MSDW or by the Assigned Clients or Related Clients is entrusted to Employee as an employee and sales representative of MSDW. Employee agrees that Confidential and Proprietary Information and Records in

Exhibit C-1
Page 1 of 3

jurisdiction for the judicial district or county in which Employee last worked for MSDW. This Agreement shall be construed, governed by, and enforced in accordance with the laws of said jurisdiction.

8. **Acknowledgments.** This agreement is intended to supplement any other MSDW confidentiality and unfair competition policy, agreement, contract and covenant to which Employee may be subject. It is not intended, nor should it be construed, to be a modification of or substitution for such other confidentiality or unfair competition policies, agreements, contracts and covenants, or to be a contract of employment. By signing below, Employee acknowledges and agrees that MSDW reserves the right to reassign to another financial advisor at any time and for any reason, the accounts of the Assigned Clients and Related Clients, and that Employee has read and reviewed this Agreement in its entirety, has been given an opportunity to ask MSDW questions about it, and has been given an opportunity to consult with an attorney of Employee's choice. By signing below, Employee acknowledges that Employee understands the terms of this Agreement and knowingly and freely agrees to its terms.

_____            6-21-01 AD
Financial Advisor or Trainee              Date

Morgan Stanley D. W., Inc. d/b/a Morgan Stanley

_____            7/9/01
By: Branch Office Manager                 Date

Exhibit C-1
Page 2 of 3

## Acknowledgement Memorandum

### ACKNOWLEDGEMENT MEMORANDUM

TO: Financial Advisors
FROM: Lorena J. Kern
SUBJECT: *Morgan Stanley Dean Witter Compliance Guide*

Morgan Stanley Dean Witter has a long standing commitment to quality. Quality service, quality products and quality people are the cornerstones of Morgan Stanley Dean Witter's success. An important part of delivering quality is knowing the rules of our business. The *Morgan Stanley Dean Witter Compliance Guide* is your basic compliance tool, road map and resource.

Please review the Guide in its entirety and refer to it whenever a compliance-related question arises. Once you have finished reviewing the *Morgan Stanley Dean Witter Compliance Guide*, please sign the bottom of this memo. By signing the memo you will be certifying that you intend to comply with the policies outlined in the Guide. Return the signed memo to your Branch Manager. Thank you for your continued commitment to quality.

_____
Employee Signature

Vincent O'Reilly                          Financial Advisor
Employee Name (Please print clearly)      Employee Title

Anchorage 114/043                         7-31-01
Branch Name and Number                    Date

Exhibit C-1
Page 3 of 3