Lynn Soiseth
2024 Brandilyn Street
Anchorage, AK 99516-1960

May 26, 2006

Clark Rush, Branch Manager
Morgan Stanley
3601 C Street, Suite 140
Anchorage, AK 99503

Dear Clark,

Please be advised that I am resigning my position with Morgan Stanley effective immediately. I will remove my personal effects from my office by close of business today.

I have accepted a position with the Anchorage office of A.G. Edwards & Sons, Inc. and expect to begin work there Friday, May 26, 2006. I have prepared and mailed the attached letter to advise my clients of this decision and to provide them with my new contact information.

Thank you in advance for the courtesy of forwarding my correspondence and for providing the following address and telephone number to any client that requests my contact information:

Lynn Soiseth, Vice President
A.G. Edwards & Sons, Inc.
645 G Street, Suite 100 #581
Anchorage, AK 99501
907-770-5980

Sincerely,

*[signature: Lynn Soiseth]*

Lynn Soiseth

Exhibit K
Page 1 of 1