Lynn Soiseth
2024 Brandilyn St
Anchorage, AK 99516-1960


May 26, 2006


*Client Name*
*Address*
*Address*

Dear *Client*:

    After much thought and careful consideration, I have decided to move my practice and have accepted a position with A.G. Edwards & Sons, Inc. here in Anchorage. I will begin working at my office on Friday, May 26, 2006

    You may contact me at the following address and phone number:

Lynn Soiseth, Vice President
A.G. Edwards & Sons, Inc.
645 G Street, Suite 100 #581
Anchorage, AK 99501
907-770-5980



Sincerely,



Lynn Soiseth


Exhibit L
Page 1 of 1