5-26-06

Morgan Stanley,

Effective immediatly I resign from Morgan Stanley. After careful consideration I've accepted a position at A.G. Edwards Please advise anyone who inquires my new phone # 907-770-5980 new address 2600 Cordova street #2, Anchorage, AK 99503

I wish Morgan Stanley and all their people in Anchorage all the best.

Sincerly

[signature]

Exhibit M
Page 1 of 1