Scott Ingrim
10250 Betula Drive
Anchorage, AK 99507

May 26, 2006

*Client Name*
*Address*
*Address*

Dear *Client*:

After much thought and careful consideration, I have decided to move my practice and have accepted a position with A.G. Edwards & Sons, Inc. here in Anchorage. I will begin working at my office on Friday, May 26, 2006

You may contact me at the following address and phone number:

Scott Ingrim, Financial Consultant
A.G. Edwards & Sons, Inc.
645 G Street, Suite 100 #581
Anchorage, AK 99501
907-770-5980

Sincerely,

Scott Ingrim

Exhibit O
Page 1 of 1