## JOINT PRODUCTION AGREEMENT ACKNOWLEDGMENT
### To Be Executed By One Joint Producer and Branch Manager[4]

I, James Vincent O'Reilly III, acknowledge that by signing below, that any Joint Production Agreement between me, Steve Pedersen, Ty Schommer, Lynn Soiseth and Scott Ingrim is being entered into solely to better service clients and to share in commissions generated by such clients' accounts and nothing in such Agreement is intended to affect, change, modify or otherwise alter in anyway Morgan Stanley DW Inc. d/b/a *Morgan Stanley's* ("Morgan Stanley") ownership of client accounts and documents, and confidential and company records and information. I understand and agree that customer accounts and client information of whatever kind and in whatever form are Morgan Stanley assets and do not belong to the Joint Producers, individually or jointly or to the joint production unit.

I understand and agree that neither Morgan Stanley nor any of its employees, officers, agents or assigns intends to or has in any way directly or indirectly provided me with legal advice or legal representation with respect to a joint production arrangement between me and Steve Pedersen, Ty Schommer, Lynn Soiseth and Scott Ingrim. Any information Morgan Stanley has provided to me with respect to a Joint Production Agreement has been informational only, and I have been advised and I understand that it is not legal advice.

I agree that I may not use group or trade names for any Joint Production Agreement that I enter into. Further, I understand and agree that I must be registered in the state(s) of each client account serviced by the Joint Production Agreement, and that Joint Production Agreements may only be between fully licensed and registered Morgan Stanley Financial Advisors.

I agree that Morgan Stanley may in its sole discretion require dissolution of any Joint Production Agreement that I may enter into at anytime and without notice. I understand that division of future commissions will end immediately upon the termination of the Joint Production Agreement.

I understand and agree, in the event of any dispute between me and any Joint Producer(s) arising out of the Joint Production Agreement, including but not limited to, allocation of commissions, and the distribution of joint production assets on termination of the Joint Production Agreement, that the Branch Manager or Regional Director shall determine such allocation and distribution. I further understand and agree that distribution of client accounts may change based on customer requests. I also agree not to contact either directly or indirectly any customer for purposes of influencing distribution of accounts.

I understand and agree not to make any arrangements with respect to the Joint Production Agreement without prior written approval of Morgan Stanley, my Branch Manager and, if applicable, my Regional Director.

I further understand and agree, that I may make no side deals with any Financial Advisor whether in or out of the Joint Production Arrangement. I recognize that such deals **WILL NOT BE HONORED BY THE FIRM** and that any such action on my part would be viewed as a serious violation of Firm policy and may subject me to disciplinary action.

I agree to cooperate within the Joint Production Agreement and use my best efforts in furtherance of Morgan Stanley business. I further agree not to make negative comments of any kind regarding current or former Joint Producers or any other Morgan Stanley employee.

---

[4] The Acknowledgement may not be modified in any way except to change the number of participating Joint Producers. Each Joint Producer is to execute his/her own Acknowledgement form with Morgan Stanley.

Exhibit P-3
Page 1 of 2

I agree that any Joint Production Agreement which I may enter into with any other Morgan Stanley Financial Advisor must be reviewed and authorized by my Branch Manager. I agree that any such Joint Production Agreement is subordinate to any agreement or contract that I may have with Morgan Stanley and must be in accordance with Morgan Stanley policies and procedures, all management directives, and all regulatory, securities organization or agency rules and regulations.

I agree that In the event there is any disagreement, controversy or claim arising out of or relating to, this Acknowledgement, its enforceability or its breach, such will be settled in the sole discretion by the respective Branch Manager and/or Regional Director. At the election of the respective Branch Manager and/or Regional Director any such disagreement, controversy or claim may be referred for resolution through the CARE Program Process. In the event that mediation or arbitration is required such will be handled through the CARE Program Process and any judgment upon a determination or award entered by the respective mediators or arbitrators may be entered in any court having jurisdiction thereof.

Finally, I agree to indemnify and hold Morgan Stanley harmless for any and all claims or causes of action of whatever kind or nature arising out of or connected in any way with the Joint Production Agreement or its termination.

AGREED TO AND ACCEPTED:

_____          2/3/05
Name of Joint Producer              Date

Reviewed For Morgan Stanley DW Inc.

BY: _____
     Branch Manager


JOINT PRODUCTION AGREEMENT ACKNOWLEDGMENT
To Be Executed By One Joint Producer and Branch Manager[2]

I, Ty Schommer, acknowledge that by signing below, that any Joint Production Agreement between me, Steve Pedersen, Lynn Soiseth, James Vincent O'Reilly III and Scott Ingrim is being entered into solely to better service clients and to share in commissions generated by such clients' accounts and nothing in such Agreement is intended to affect, change, modify or otherwise alter in anyway Morgan Stanley DW Inc. d/b/a *Morgan Stanley's* ("Morgan Stanley") ownership of client accounts and documents, and

---

[2] The Acknowledgement may not be modified in any way except to change the number of participating Joint Producers. Each Joint Producer is to execute his/her own Acknowledgement form with Morgan Stanley.

Exhibit P-3
Page 2 of 2