Calvin R. Jones
Jones & Colver, LLC
1900 West Benson Blvd., Suite 201
Anchorage Alaska 99517
(907) 272-6511

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

MORGAN STANLEY DW INC.,
a Delaware corporation

          Plaintiff,

vs.

TY A. SCHOMMER, LYNN ANTHONY SOISETH, SCOTT DAVID INGRIM, AND JAMES VINCENT O'REILLY,

          Defendant[s].

No. A06-

SUPPLEMENTAL AFFIDAVIT OF HAROLD PIERCE IN SUPPORT OF MORGAN STANLEY'S MOTION FOR A TEMPORARY RESTRAINING ORDER

STATE OF ALASKA       )
                              ) ss.
THIRD JUDICIAL DISTRICT  )

I, Harold Pierce, hereby declare and say:

1. I am a Vice President and the Branch Manager for the Anchorage, Alaska Branch Office of Morgan Stanley DW Inc. ("Morgan Stanley"). I submit this Supplemental Affidavit in support of Morgan Stanley's request for injunctive relief against Ty Schommer ("Schommer"), Lynn Soiseth ("Soiseth"), J. Vincent O' Reilly ("O'Reilly) and Scott Ingrim ("Ingrim") (collectively referred to hereinafter as the "Former Advisors").

2. I am formerly the Branch Manager of Morgan Stanley's Eugene,

- 1

Jones & Colver, LLC.
Attorneys at Law
1900 West Benson Blvd., Suite 201
Anchorage, Alaska 99517
Telephone: (907) 272-6511
Fax: (907) 276-6511

7146-3 pjb

1  Oregon branch office and recently became the Branch Manager of the Anchorage, Alaska
2  branch office. As Branch Manager, my duties and areas of responsibility include sales
3  supervision, compliance, implementation of firm policy, and general responsibility and
4  familiarity with each Financial Advisor and the accounts he/she services.
5
6       3.   On June 5, 2006 I received copies of documents provided to a former
7  client of Morgan Stanley from the Defendants Ty Schommer, Lynn Soiseth, Vince O'Reilly
8  and Scott Ingrim. The documents consist of an undated letter executed by the defendants
9  wherein they informed the client that they will be called "to ask for you to join us here." A
10 copy of said letter and copies of the defendant's business cards are annexed hereto as Exhibit
11 "A" and incorporated herein by reference.
12
13      4.   Annexed hereto as Exhibit "B" and incorporated herein by reference is
14 a copy of the Unincorporated Association Account Agreement from Edwards wherein the
15 Morgan Stanley client information was filled in and provided to the client along with the
16 letter (Exhibit "A").
17
18      5.   On June 1, 2006 a News Release was circulated by A. G. Edwards &
19 Sons, Inc. which states "FOUR MORGAN STANLEY VETERANS JOIN A.G. EDWARDS
20 ANCHORAGE OFFICE *Bringing An Excess of $300 Million in Client Assets*". Exhibit "C"
21 is a copy of said news release.
22
23      I declare under penalty of perjury under the laws of the State of Alaska that
24
25
26

- 2

7146-3 pjb

Jones & Colver, LLC.
Attorneys at Law
1900 West Benson Blvd., Suite 201
Anchorage, Alaska 99517
Telephone: (907) 272-6511
Fax: (907) 276-6511

1 the foregoing are true and correct statements to the best of my knowledge, information, and
2 belief.
3     Signed at Anchorage, Alaska this 5nd day of June, 2006.

_____
Harold Pierce

     SUBSCRIBED AND SWORN to before me this 5nd day of June, 2006.

_____
Notary Public for the State of Alaska
My Commission Expires: 11-2⊘8

OFFICIAL SEAL
STATE OF ALASKA
NOTARY PUBLIC
POLLY JEAN BOUSSELAIRE

- 3

7146-3 pjb
Jones & Colver, LLC.
Attorneys at Law
1900 West Benson Blvd., Suite 201
Anchorage, Alaska 99517
Telephone: (907) 272-6511
Fax: (907) 276-6511