A.G. EDWARDS & SONS, INC.  907/770-5980
2600 Cordova St., Suite 211   toll-free: 888/770-5980
Anchorage, AK 99503  fax: 907/770-5965

MAILING ADDRESS
645 G Street
Suite 100 #581
Anchorage, AK 99501





Anchorage, AK

Hello

Our primary goal in establishing our team in 2002 was to devise a truly holistic client experience – focusing upon the individual's unique needs and financial concerns and then creatively tailoring an investment approach that "custom fits" those needs. Our entire investment concept revolves around this primary goal. However at times, our objectives were at cross-purposes with our environment. Our desire was to be in alignment with our work place. To be supported by a firm that views the world in the same way that we do – one that encourages fully our investment strategy – one that enhances our ability to serve our clients.

After two years of research and due diligence into other investment firms, we have chosen to move our practice to AG Edwards and Sons. It is truly refreshing to be with an investment firm that views "investing" in the same way that we do – Client First. A book entitled "What's Your Corporate IQ?" named AG Edwards one of the "Ten Smartest Companies in America" (September 2004). Best selling author James Underwood selected the firm because its corporate culture emphasizes client service, honesty and professional development.

We selected AG Edwards because it's a firm that is explicitly bottom-up driven. They view your relationship to be with our team and not with the firm. Individuals on our team have already met with the Chairman of the Board along with three other members of its Board of Directors. Their first priority is serving the financial consultant. Their belief is the financial consultant knows the client best and understands the needs of that client. We will have a much freer hand to craft our practice more appropriately and creatively on your behalf. Here the Home Office is our support staff and not our task master.

Our team is grateful to be with AG Edwards and would be honored if you'd join us. Pam and Darlene (along with the rest of us) welcome you. Our belief is that their career path in terms of training and education is far superior at our new firm.

We will be calling you as soon as we can to provide other details and to ask for you to join us here. We ask for your understanding and forgiveness in not sharing our intentions sooner as legal restrictions precluded those efforts.

Sincerely yours,

Ty Schommer. CFP®       Lynn Soiseth            Vince O'Reilly              Scott Ingrim
Financial Consultant    Financial Consultant    Financial Consultant        Financial Consultant
Vice President          Vice President          Associate Vice President

Exhibit __A__
Page __1__ of __3__

LYNN SOISETH
Financial Consultant
Vice President – Investments

A.G. EDWARDS & SONS, INC.
2600 Cordova Street, Suite 211
Anchorage, AK 99503

office: 907/770-5980
toll-free: 888/770-5980
fax: 907/770-5965

lynn.soiseth@agedwards.com



TY SCHOMMER
Financial Consultant
Vice President – Investments

A.G. EDWARDS & SONS, INC.
2600 Cordova Street, Suite 211
Anchorage, AK 99503

office: 907/770-5980
toll-free: 888/770-5980
fax: 907/770-5965

ty.schommer@agedwards.com



J. VINCENT O'REILLY, III
Financial Consultant
Associate Vice President – Investments

A.G. EDWARDS & SONS, INC.
2600 Cordova Street, Suite 211
Anchorage, AK 99503

office: 907/770-5980
toll-free: 888/770-5980
fax: 907/770-5965

jvincent.oreilly@agedwards.com



SCOTT INGRIM
Financial Consultant

A.G. EDWARDS & SONS, INC.
2600 Cordova Street, Suite 211
Anchorage, AK 99503

office: 907/770-5980
toll-free: 888/770-5980
fax: 907/770-5965

scott.ingrim@agedwards.com



Exhibit A
Page 2 of 3

**Mailing Address:**
A.G. EDWARDS & SONS, INC.
645 G Street
Suite 100 #581
Anchorage, AK 99501

**A.G. EDWARDS PRODUCTS AND SERVICES**

**Products:** Stocks, Bonds, CDs, Mutual Funds, IRAs, Annuities, Insurance, 529 Plans

**Services:** Education Planning, Estate Planning, Financial Planning, Investment & Market Research, Portfolio Reviews, Private Money Management, Retirement Planning

**Mailing Address:**
A.G. EDWARDS & SONS, INC.
645 G Street
Suite 100 #581
Anchorage, AK 99501

**A.G. EDWARDS PRODUCTS AND SERVICES**

**Products:** Stocks, Bonds, CDs, Mutual Funds, IRAs, Annuities, Insurance, 529 Plans

**Services:** Education Planning, Estate Planning, Financial Planning, Investment & Market Research, Portfolio Reviews, Private Money Management, Retirement Planning

**Mailing Address:**
A.G. EDWARDS & SONS, INC.
645 G Street
Suite 100 #581
Anchorage, AK 99501

**A.G. EDWARDS PRODUCTS AND SERVICES**

**Products:** Stocks, Bonds, CDs, Mutual Funds, IRAs, Annuities, Insurance, 529 Plans

**Services:** Education Planning, Estate Planning, Financial Planning, Investment & Market Research, Portfolio Reviews, Private Money Management, Retirement Planning

**Mailing Address:**
A.G. EDWARDS & SONS, INC.
645 G Street
Suite 100 #581
Anchorage, AK 99501

**A.G. EDWARDS PRODUCTS AND SERVICES**

**Products:** Stocks, Bonds, CDs, Mutual Funds, IRAs, Annuities, Insurance, 529 Plans

**Services:** Education Planning, Estate Planning, Financial Planning, Investment & Market Research, Portfolio Reviews, Private Money Management, Retirement Planning

Exhibit A
Page 3 of 3