# Unincorporated Association Account Agreement



One North Jefferson
St. Louis, MO 63103

_____ UNCP
Branch Number    Account Number

**Security Cash Accounts Only — Full Authority**

In this agreement, "I," "me" and "my" refer to the client and all others who are legally obligated on the accounts listed on the signature page herein. "Edwards" refers to A.G. Edwards & Sons, Inc.

The undersigned Association, by its President, pursuant to the attached resolutions (which are certified by the Secretary), authorizes Edwards to open an account in the name of the Association. The undersigned represents that no one other than the undersigned Association has any interest in the account. This authorization will continue in force until revoked by the Association by a written notice, addressed to Edwards and delivered at its office at One North Jefferson, St. Louis, Missouri 63103.

**Date**

**City** **State**

**Association Name**

**President Signature**
X

I, _____ (Secretary Name), the Secretary*
of _____ (Association Name)

certify that the attached resolutions were adopted at a meeting of the governing board of the Association, held on the

_____ of _____, _____
(Day)    (Month)    (Year)

at which a quorum of the governing board acted throughout and that no action has been taken to rescind or amend the resolutions and that they are now in full force and effect.

I further certify that the resolutions are authorized by the Articles of Agreement, Charter, Constitution and Bylaws of the Association, that no limitation has been otherwise imposed upon such authority, and that I have been authorized to make this certificate on behalf of the Association.

I further certify that each of the following officers has been elected or appointed, and that each is now legally holding the office set above his or her name, and that the signatures are genuine.

**President Signature**    **Date**
X

**President (Print Name)**

**Vice President Signature**    **Date**
X

**Vice President (Print Name)**

**Vice President Signature**    **Date**
X

**Vice President (Print Name)**

**Authorized Signature and Title**    **Date**
X

**Authorized Signatory (Print Name)**

I further certify that the Association is duly organized, exists and has the power to take the actions described in the attached resolutions.

**IN WITNESS WHEREOF**, I have affixed my hand this

_____ day of _____, _____
(Day)    (Month)    (Year)

**Under penalties of perjury, we certify the following:**
The Social Security or taxpayer identification number below is our correct number and we are U.S. persons or resident aliens.

▶

☐ **Check here** if we have applied for and are waiting for our number to be issued.

Unless the box below is checked, we have not been notified by the IRS that we are subject to backup withholding or the IRS has notified us that we are no longer subject to backup withholding. *By checking this box, we state that we are subject to backup withholding.* ☐

**By signing this agreement, I acknowledge that:**
(A) The Association has received a duplicate of this Agreement; and
(B) The Internal Revenue Service does not require our consent to any provision of this document, other than the certifications required to avoid backup withholding.
(C) This Agreement contains a binding and enforceable predispute arbitration clause in paragraph 6 on page 3.

**Secretary Signature***    **Date**
X
**(Print Name)**

* If the Secretary is an authorized officer, the certificate should be signed by an officer who is not so authorized.



AGE 188—9/05

Exhibit __B__
Page __1__ of __2__

# Account Transfer

(Use a separate form for each account transfer request.)  TOA

**A.G. EDWARDS**

A.G. Edwards Clearing Number: 0201

(Home Office completes)
- ☐ ACAT
- ☐ Non-ACAT full
- ☐ Partial
- ☐ Mutual fund
- ☐ Qualified Plan
- ☐ Cash Margin
- ☐ Traditional IRA
- ☐ Roth IRA
- ☐ Simple IRA
- ☐ Educational IRA
- ☐ FC Change

**Complete sections A and B and either C, D or E. Sign section F.**

### A. A.G. Edwards Account Information.
Name as it appears on account

A.G. Edwards account number

Social Security or tax identification number

### B. Account Transfer Information.
Firm Name

Address

Account Title

(Home Office completes)
FC Clearing #

Account Number

Type of Transfer

### C. Brokerage or securities transfer.    (Stock and bond transfers: check appropriate box.)
- ☐ Transfer my entire account in kind. (Proceed directly to section "F" and sign this form.)
- ☐ Partial transfer (non-ACAT transfer). Transfer the following assets: (Attach additional forms if necessary.)

|   |   |   |
|---|---|---|
|   |   |   |
|   |   |   |
|   |   |   |
|   |   |   |

### D. Mutual fund transfer. (IRA & Qualified Plans Only)

Name of fund

- ☐ Transfer In-kind  "all" or "%" or "number" shares
- ☐ Liquidate  "all" or "%" or "number" shares

Dividend and capital gains instructions
- ☐ Cash  ☐ Reinvest  ☐ Other

Send to:
P.O. Box 14754
St. Louis, MO 63178-9961

FC Name

Tax I.D. 43-0895447

Br. No.    FC No.

Registration: A.G. Edwards & Sons, Inc.
C/F _____
Acct. No. _____
P.O. Box 14985 St. Louis, MO 63178-3985

### E. Bank, savings & loan, insurance or credit union transfer.    (Cash, CDs and annuities)

Check one:
- ☐ All cash in account
- ☐ Only $ _____

CD Options
- ☐ Liquidate IMMEDIATELY. I am aware of and acknowledge the penalty I will incur from early withdrawal.
- ☐ Liquidate at MATURITY. Maturity date _____ (Submit 2-3 weeks before maturity date.)

Insurance Transfers (IRA or Qualified Plans Only)
- ☐ Liquidate Annuity
(I am aware there may be a surrender charge.)

### F. Signature section.    Return completed form to your A.G. Edwards' financial consultant.

If this account is a qualified retirement account, I have amended the applicable plan so it names A.G. Edwards & Sons as successor custodian. Unless otherwise indicated in the instructions above, transfer all assets in my account to A.G. Edwards & Sons. I understand that to the extent any assets in my account are not readily transferable, with or without penalties, such assets may not be transferred within the time frames required by NYSE Rule 412 or similar rule of the NASD or other designated examining authority. I understand I will be notified with respect to the disposition of any non-transferable assets.

Unless otherwise indicated in the instructions below, I authorize you to liquidate any nontransferable proprietary money market fund assets that are part of my account and transfer the resulting credit balance to the successor custodian or receiving organization. I authorize you to deduct any outstanding fees due you from the credit balance in my account. If my account does not contain a credit balance, or if the credit balance in the account is insufficient to satisfy any outstanding fees due you, I authorize you to liquidate the assets in my account to the extent necessary to satisfy that obligation. If certificates of other investments in my account are in your physical possession, I instruct you to transfer them in good deliverable form, including affixing any necessary tax waivers, to enable the successor custodian to transfer them in its name for the purpose of sale, when directed by me. I understand that upon receiving a copy of this transfer instruction, you will cancel all open orders for my account on your books, with respect to the securities being transferred.

I affirm that I have destroyed or returned to you credit/debit cards and/or unused checks issued to me in connection with my securities account.

AGE 70 1/2 RESTRICTIONS. The following restrictions apply to Qualified Plan Direct Rollovers and Transfers. If I am age 70 1/2 or older, I attest that none of the amount to be transferred or rolled over will include the required minimum distribution for the current year pursuant to Internal Revenue Code regulations.

**Attach to this form a copy of the latest account statement for the account you are transferring.**

X _____    X _____
Your signature    Date    Joint account holder signature    Date

Delivering agents: Refer to the reverse side of this form for delivery instructions.

LETTER OF ACCEPTANCE (Home Office completes). Be advised that A.G. Edwards & Sons will accept the above account as successor custodian/trustee.

Exhibit __B__
Page __2__ of __2__