**A.G. EDWARDS & SONS, INC.**
One North Jefferson
St. Louis, MO 63103
314/955-3000
www.agedwards.com

**NEWS**



**EDWARDS.**

*For more information, contact:* Margaret Welch
314/955-5912 • welchmg@agedwards.com

*For more information, contact:* Byron Goodrich
314/955-3235 • byron.goodrich@agedwards.com

**FOR IMMEDIATE RELEASE**

### FOUR MORGAN STANLEY VETERANS
### JOIN A.G. EDWARDS ANCHORAGE OFFICE

*Bringing An Excess of $300 Million in Client Assets*

**ST. LOUIS, June 1, 2006** – Four financial consultants and two financial associates formerly with Morgan Stanley joined the A.G. Edwards Anchorage, Alaska office. Together they are forming the Alaska Private Client Group, A.G. Edwards company officials announced today.

With a combined annual production of $1.8 million and more than $300 million in client assets under management, the group will continue to focus on portfolio design and construction, as well as investment strategy and retirement planning issues. Joining the firm are the following financial consultants:

- **Ty Schommer (38)** – With more than 12 years industry experience, Schommer is a Certified Financial Planner™ and joins A.G. Edwards as a vice president.

- **Lynn Soiseth (58)** – A 27-year industry veteran, Soiseth joins A.G. Edwards as a vice president and will continue to specialize in matters relating to retirement planning, portfolio structure and design and individual stock investing.

- **James "Vince" O'Reilly (50)** – With an emphasis in exchange traded funds (ETFs), hedging strategies, and fixed income investments, O'Reilly brings with him more than 29 years of industry experience. He joins A.G. Edwards as an associate vice president.

- **Scott Ingrim, (38)** – With Morgan Stanley for more than 5 years, Ingrim will continue to assist clients with asset allocation, mutual fund selection, and retirement planning issues, as well as other financial objectives.

In addition, Pamela Parker and Darlene Castner joined A.G. Edwards as financial associates. A.G. Edwards opened its Anchorage location in August 2005 with the hiring of Todd Gerber, a 33-year industry veteran, as branch manager.

-more-

Exhibit __C__
Page __1__ of __2__

A.G. Edwards & Sons, Inc.
June 1, 2006
Page 2

"I've known each of these individuals for many years and each of them share our 'client-first' philosophy," said Gerber, 56, manager of the firm's Anchorage office. "Together they offer a personalized and comprehensive approach that will appeal to their existing clients as well as those they will undoubtedly attract."

With the addition of the six individuals from Morgan Stanley, the office now employs ten individuals, including five financial consultants and four financial associates.

"We're pleased to have each of these talented financial consultants join the firm," said Paul Coffee, senior vice president and Western regional manager for the St. Louis-based financial services firm. "I am confident their business will continue to thrive given the freedom we have here at A.G. Edwards to pursue our business in a manner that best suits our clients' needs and financial objectives."

Coffee added that the firm continues to recruit experienced industry transfers across the country and looks specifically for those individuals that share the firm's 'client-centric' approach to doing business.

### About A.G. Edwards

A.G. Edwards tied for first place in the 15th annual "Broker Report Cards" given out by *Registered Rep.* magazine (Dec 2005). To arrive at its rankings, the magazine polled registered representatives at seven major brokerages, asking them to rate their own firms in areas such as Work Environment, Support, Product and Management. A.G. Edwards financial consultants cited the firm for a high-quality work environment, commitment to clients and freedom from pushing certain products. *

* Past performance is no guarantee of future results. *Registered Rep.* magazine is not associated with A.G. Edwards, nor does it endorse any product or service A.G. Edwards offers.

Drawn to the firm's client-first philosophy, individuals and businesses have turned to A.G. Edwards & Sons, Inc. for sound advice and access to a wide array of investment products and services that can help them meet their financial goals and objectives. Founded in 1887, A.G. Edwards and its affiliates employ nearly 7,000 financial consultants in more than 700 offices nationwide and two European locations in London and Geneva. More information can be found on agedwards.com.

### How A.G. Edwards Does Business

A.G. Edwards generally acts as a broker-dealer, but may act as an investment advisor on designated accounts, and the firm's obligations will vary with the role it plays. When working with clients the firm generally acts as a broker-dealer unless specifically indicated in writing. To better understand the differences between brokerage and advisory services, please consult "Important Information About Your Relationship With A.G. Edwards" on agedwards.com/disclosures.

A.G. Edwards & Sons, Inc.

Exhibit __C__
Page __2__ of __2__