Calvin R. Jones
Jones & Colver, LLC
1900 West Benson Blvd., Suite 201
Anchorage Alaska 99517
(907) 272-6511

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

MORGAN STANLEY DW INC.,
a Delaware corporation

    Plaintiff,

vs.

TY A. SCHOMMER, LYNN ANTHONY SOISETH, SCOTT DAVID INGRIM, AND JAMES VINCENT O'REILLY,

    Defendant[s].

No. A06-

CERTIFICATE OF COUNSEL

STATE OF ALASKA    )
                      ) ss.
THIRD JUDICIAL DISTRICT  )

    Calvin R. Jones, being first duly sworn, states and deposes as follows:

    1.    I am attorney of record for the plaintiff in this action, Morgan Stanley DW Inc., (hereafter "MSDW") have personal knowledge of the facts contained herein and am competent to be a witness. I make this certificate in compliance with Federal Rules of Civil Procedure 65(b) in support of Plaintiff's Motion for Temporary Restraining Order against the defendants named above.

    2.    I was contacted by counsel for MSDW, Scott Whipple, with the firm of Schwabe, Williamson & Wyatt of Portland, Oregon on June 1, 2005 concerning events set forth in Plaintiff's Motion for a Temporary Restraining Order. Such contact was apparently triggered by the resignations of employment by the defendants who were four financial advisors for the plaintiff who resigned their positions on May 26, 2006, i.e. Friday before the Memorial Day Holiday.

3. On Friday I commenced receiving the information in order to file the complaint, motion and other associated pleadings filed as the date hereof with the court, and finally received all information from the client and Oregon counsel on this date, June 5, 2006, that were necessary to file this action.

4. Copies of the filing documents (a complete list is annexed hereto as Exhibit "A" and incorporated herein by reference) were contemporaneously left at the office of J.A. Edwards for each of the Defendants in this action. It is our firm belief that the complaint, affidavits, exhibits, thereto, and accompanying memoranda clearly establish the criteria for a TRO under FRCP 65(b)(1) as it relates to immediate, irreparable injury, loss and damage. MSDW seeks a hearing before this court as quickly as the court's calendar may allow the week of June 5, 2006.

Dated this 5 day of June, 2006.

Jones & Colver, LLC

By: _____
Calvin R. Jones, ASB
# 7610109
*Attorneys for Plaintiff Morgan Stanley DW Inc.*

Subscribed and sworn to before me this 5th day of June, 2006.

_____
Notary Public in and for Alaska
My commission expires: 11-24-08

OFFICIAL SEAL
STATE OF ALASKA
NOTARY PUBLIC
POLLY JEAN BOUSSELAIRE

EXHIBIT "A" To Certificate of Counsel

1. Certificate of Counsel
2. Civil Cover Sheet
3. Summons in Civil Action – Ty A. Schommer
4. Summons in a Civil Action – James Vincent O'Reilly
5. Summons in a Civil Action – Scott David Ingram
6. Summons in a Civil Action – Lynn Anthony Soiseth
7. Complaint
8. Plaintiff's Motion for Temporary Restraining Order
9. Memorandum in Support of Morgan Stanley's Motion for a Temporary Restraining Order
10. Affidavit of Harold Pierce in Support of Morgan Stanley's Motion for a Temporary Restraining Order
11. Affidavit of Clark Rush in Support of Morgan Stanley's Motion for a Temporary Restraining Order
12. Affidavit of Steve McSharry in Support of Morgan Stanley's motion for a Temporary Restraining Order.
13. Affidavit of Laura Godenzi in Support of Morgan Stanley's Motion for a Temporary Restraining Order
14. Affidavit of Branch Maymans in Support of Morgan Stanley's Motion for a Temporary Restraining Order
15. Order Granting Hearing on Plaintiff's Motion for Temporary Restraining Order
16. Temporary Restraining Order