MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*Morgan Stanley DW Inc.  v. Ty A. Schommer, Lynn Anthony Soiseth, Scott David Ingrim, and James Vincent O'Reilly*
Case No.   3:06-cv-00135 TMB

By:                THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:      ORDER FROM CHAMBERS

**IT IS HEREBY ORDERED:**

That a hearing on the motion for a temporary restraining order brought by Morgan Stanley DW Inc. is scheduled for the 8th day of June, 2006 at the hour of 2 p.m. in Courtroom 1, at the Federal Court located at 222 W. 7th Ave., Anchorage, Alaska.

Morgan Stanley DW Inc. shall serve this order upon each of the defendants by the close of business on the 7th day of June, 2006.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE:   June 7, 2006