William M. Bankston, Esq.
Barbra Z. Nault, Esq.
Bankston Gronning O'Hara, P.C.
601 West 5th Avenue, Suite 900
Anchorage, Alaska 99501
(907) 276-1711 (telephone)
(907) 279-5358 (fax)
wbankston@bankston.to

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| MORGAN STANLEY DW INC., a Delaware Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| TY A. SCHOMMER; LYNN ANTHONY SOISETH, SCOTT DAVID INGRIM, and JAMES VINCENT O'REILLY, | ) ) ) ) |
| Defendants. | ) Case No. 3:06-cv-00135 [TMB] |

## **ENTRY OF APPEARANCE**

COMES NOW the law firm of Bankston Gronning O'Hara, P.C. and hereby enters its appearance as attorney of record for Scott Ingrim, Vince O'Reilly, Ty Schommer, and Lynn Soiseth, and hereby requests that all further pleadings and

documentation be served on it at 601 W. 5th Avenue, Suite 900, Anchorage, Alaska 99501.

DATED this 7th day of June, 2006.

                                                BANKSTON GRONNING O'HARA, PC
Attorneys for Plaintiff Alaska Rent-A-Car, Inc.

By:    s/Barbra Z. Nault
         601 W. 5th Avenue, Suite 900
         Anchorage, Alaska 99501
         Phone: (907) 276-1711
         Fax: (907) 279-5358
         E-mail: bnault@bankston.to
         AK Bar #9807037

**CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2006 a copy of foregoing Entry of Appearance was served electronically on

Calvin R. Jones
Jones & Colver, LLC
1900 W. Benson Blvd., Suite 201
Anchorage, AK 99517

s/Barbra Z. Nault

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to