William M. Bankston, Esq.
Barbra Z. Nault, Esq.
Bankston Gronning O'Hara, P.C.
601 West 5th Avenue, Suite 900
Anchorage, Alaska 99501
(907) 276-1711 (telephone)
(907) 279-5358 (fax)
wbankston@bankston.to

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| MORGAN STANLEY DW INC., ) <br> a Delaware Corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TY A. SCHOMMER, LYNN ANTHONY ) <br> SOISETH, SCOTT DAVID INGRIM, and ) <br> JAMES VINCENT O'REILLY, ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:06-cv-00135 TMB |

**MOTION AND MEMORANDUM IN SUPPORT OF
MOTION TO CONTINUE HEARING ON PLAINTIFF'S
MOTION FOR TEMPORARY RESTRAINING ORDER**

Defendants Scott Ingrim, Vince O'Reilly, Ty Schommer, and Lynn Soieseth, by and through counsel, hereby moves this court to continue the hearing on the plaintiff's Motion for Temporary Restraining Order presently set for 8 June 2005 at

Motion and Memorandum in Support of Motion to Continue Hearing on Plaintiff's Motion for TRO
*Morgan Stanley DW, Inc. v. Schommer*, et al., Case No. 3:06-cv-00135 [TMB]]     Page 1 of 4
A4134\01\MTN and MEM continue

2:00 p.m., until after defendants file their Opposition to that Motion. This request is supported by the attached Affidavit and Exhibits.

## MEMORANDUM

### I. FACTS

Plaintiff's Motion for Temporary Restraining Order was filed with this Court on June 6, 2006. [Docket 1-12] On the afternoon of June 7, 2006, counsel for plaintiff Morgan Stanley DW, Inc. ("Morgan Stanley") hand delivered Defendants' counsel a courtesy copy of the Motion and asked whether Defendants' would insist upon service and whether counsel would enter an appearance without it.[1] Within the hour, Mr. Jones called to advise Defendants' counsel that a hearing had been set by the court for the following day, June 8, 2006 at 2:00 p.m.[2] Lead counsel for the Defendants has a previously scheduled court appearance in an unrelated matter at 3:30 p.m. at the Palmer State Court which requires his presence and cannot be rescheduled.[3] The parties were unable to reach an agreement to postpone the hearing a few days to allow Defendants an opportunity to prepare for the hearing.[4]

### II. ARGUMENT

Plaintiff has not complied with the Federal Rules Of Civil Procedure in obtaining an expedited hearing, nor has Defendants' counsel been afforded adequate time to respond to Plaintiff's Motion for A Temporary Restraining Order before the hearing. The Motion does not seek an Order Without Notice. Moreover, there is no request that the Motion be determined on shortened time as provided in

---

[1] *See*, Affidavit of Barbra Nault at para. 3.
[2] *Id.* at para. 4.
[3] *See*, Affidavit of William M. Bankston at para. 3.
[4] *See*, Affidavit of Barbra Nault at para. 4.

Motion and Memorandum in Support of Motion to Continue Hearing on Plaintiff's Motion for TRO
*Morgan Stanley DW, Inc. v. Schommer*, et al., Case No. 3:06-cv-00135 [TMB]]   Page 2 of 4
A4134\01\MTN and MEM continue

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

Local Rule 7.2(c).[5] No order has been entered shortening the time for consideration of plaintiff's Motion. Nonetheless, the hearing on plaintiff's Motion for Temporary Restraining Order has been scheduled for June 8, 2006, a full fifteen days before Defendants' Opposition to the Motion for Temporary Restraining Order is due.

The hearing is untimely and should be continued until a date after Defendants have had the time provided by Local Federal Rule 7.1(e) to oppose the Motion.    Even if the hearing is held on shortened time, Defendants should be provided sufficient time to address the Motion and prepare for an evidentiary hearing.

The hearing should also be postponed because plaintiff has not served Defendants with the requisite Statement of Claim evidencing this dispute has been submitted to NASD arbitration.[6]

Finally, lead counsel for the Defendants has a direct conflict with a previously scheduled court appearance in another matter which will preclude him from appearing on behalf of Defendants if the hearing is not continued.[7]

For all these reasons, Defendants request a continuance of a few days, until the week of June 12, 2006, to prepare.

DATED this 7th day of June, 2006.

> BANKSTON GRONNING O'HARA, PC
> Attorneys for Plaintiff Alaska Rent-A-Car, Inc.
>
> By:   s/Barbra Z. Nault
>       601 W. 5th Avenue, Suite 900
>       Anchorage, Alaska 99501
>       Phone: (907) 276-1711

---

[5] *Id.* at para. 5.
[6] *Id.* at para. 6.
[7] *See*, Affidavit of William M. Bankston at para. 3

Motion and Memorandum in Support of Motion to Continue Hearing on Plaintiff's Motion for TRO
*Morgan Stanley DW, Inc. v. Schommer*, et al., Case No. 3:06-cv-00135 [TMB]]   Page 3 of 4
A4134\01\MTN and MEM continue

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

Fax: (907) 279-5358
E-mail: bnault@bankston.to
AK Bar #7111024

**CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2006 a copy of foregoing Motion and
Memorandum in Support of Motion to Continue Hearing was served electronically on

Calvin R. Jones
Jones & Colver, LLC
1900 W. Benson Blvd., Suite 201
Anchorage, AK 99517

s/Barbra Z. Nault

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

Motion and Memorandum in Support of Motion to Continue Hearing on Plaintiff's Motion for TRO
*Morgan Stanley DW, Inc. v. Schommer*, et al., Case No. 3:06-cv-00135 [TMB]]    Page 4 of 4
A4134\01\MTN and MEM continue