William M. Bankston, Esq.
Barbra Z. Nault, Esq.
Bankston Gronning O'Hara, P.C.
601 West 5th Avenue, Suite 900
Anchorage, Alaska 99501
(907) 276-1711 (telephone)
(907) 279-5358 (fax)
wbankston@bankston.to

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| MORGAN STANLEY DW INC., a Delaware Corporation,<br><br>               Plaintiff,<br><br>v.<br><br>TY A. SCHOMMER; LYNN ANTHONY SOISETH, SCOTT DAVID INGRIM, and JAMES VINCENT O'REILLY,<br><br>               Defendants. | Case No. 3:06-cv-00135 [TMB] |

**AFFIDAVIT OF BARBRA NAULT IN SUPPORT OF
MOTION TO CONTINUE HEARING ON
PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**

STATE OF ALASKA         )
                                      ) ss:
THIRD JUDICIAL DISTRICT   )

Affidavit of Barbra Nault in Support of Motion to Continue Hearing
On Plaintiff's Motion for Temporary Restraining Order
*Morgan Stanley DW Inc. v. Schommer, et al.,* Case No. 3:06-cv-00135 [TMB]    Page 1 of 3
A4134\01\AFFbnault

Barbra Z. Nault, being first duly sworn, states as follows:

1. I am an attorney with Bankston Gronning O'Hara, P.C., counsel for the Defendants in this matter.

2. My clients are former employees of Morgan Stanley D.W., Inc. (Morgan Stanley), plaintiff in this action.

3. On the afternoon of June 7, 2006, I received a letter from Calvin Jones indicating that Morgan Stanley had filed suit, which had a copy of Morgan Stanley's pleadings attached. A copy of the letter is attached as Exhibit A. Mr. Jones' letter asked whether our office would insist upon formal service and asked that we enter an appearance. At that time, none of my clients had been served.

4. At approximately 4:00 p.m. on June 7, 2006, Mr. Jones called to advise me that he had just received notice of a hearing set by the court for the following day, June 8, 2006 at 2:00 p.m. I attempted to reach an agreement with Mr. Jones to stipulate to a continuance of this hearing until early next week in order to allow my clients and me time to prepare for the hearing. Mr. Jones indicated that his clients probably would not agree to a continuance, but he said he would inquire and get back to me in the morning. At 4:26 p.m. Mr. Jones faxed me a copy of the Minute Order from Chambers setting the hearing.

5. I have not been served with a Motion for Shortened Time pursuant to Local Rule 7.2(c).

6. I have not been served with a Statement of Claim evidencing this dispute has been submitted to NASD arbitration.

Affidavit of Barbra Nault in Support of Motion to Continue Hearing
On Plaintiff's Motion for Temporary Restraining Order
*Morgan Stanley DW Inc. v. Schommer, et al.*, Case No. 3:06-cv-00135 [TMB]
A4134\01\AFFbnault

Page 2 of 3

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

DATED this 7th day of June, 2006.

			BARBRA Z. NAULT

SUBSCRIBED AND SWORN to before me this 7th day of June, 2006.



Notary Public in and for Alaska
My commission expires: 10/23/2008

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2006 a copy of foregoing Affidavit of Barbra Nault in support of Motion to Continue Hearing on Plaintiff's Motion for Temporary Restraining order was served electronically on

Calvin R. Jones
Jones & Colver, LLC
1900 W. Benson Blvd., Suite 201
Anchorage, AK 99517

s/Barbra Z. Nault

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

Affidavit of Barbra Nault in Support of Motion to Continue Hearing
On Plaintiff's Motion for Temporary Restraining Order
*Morgan Stanley DW Inc. v. Schommer, et al.,* Case No. 3:06-cv-00135 [TMB]
A4134\01\AFFbnault

Page 3 of 3