## JONES & COLVER, LLC
### Attorneys at Law

John W. Colver
Calvin R. Jones
Jaime P. Hidalgo

1900 West Benson Boulevard, Suite 201
Anchorage, Alaska 99517
Ph (907) 272-6511   Fax (907) 276-6511

Paralegals:
PJ Bousselaire
Debbie Kufhta

June 7, 2006

**RECEIVED**
JUN 0 7 2006
Bankston Gronning O'Hara, P.C.

William M. Bankston, Esq.
Bankston Gronning O'Hara PC
601 W. 5th Avenue, Suite 900
Anchorage, AK 99501

RE: Morgan Stanley DW, Inc. v. T. Schommer, L. Soiseth, S. Ingrim, and J. O'Reilly
    Case No. 3:06-CV-00135
    Our file number: 7146-3

Dear Bill:

Enclosed is a full set of the Complaint, Motion for Temporary Restraining Order, Memorandum, Affidavits, and related exhibits and pleadings in the above referenced civil action. As I mentioned in our telephone conversation yesterday, I hand delivered four sets of the enclosures to this letter to Mr. Gerber, the branch manager of A.G. Edwards, on June 5th. At that point, he indicated that your firm would be representing the defendants in this matter.

My delivery of such documents naturally does not constitute service of the summons and complaint; rather I wanted to provide the defendants with notice as quickly as possible of the fact that my client is seeking a TRO. If you wish for us to affect formal service of the complaint and related documents through a process server, we will be happy to do so. However, we would request that you enter an appearance for the defendants. If you or your clients insist upon formal service, please let me know.

In the meantime, if you wish to discuss this matter or seek further background from my client's standpoint, please call me. I am informed that the Portland law firm that I am working with has forwarded a claim for arbitration with the NASD.

Sincerely,
Jones & Colver, LLC

Calvin R. Jones

EXHIBIT A
page 1 of 1