William M. Bankston, Esq.
Barbra Z. Nault, Esq.
Bankston Gronning O'Hara, P.C.
601 West 5th Avenue, Suite 900
Anchorage, Alaska 99501
(907) 276-1711 (telephone)
(907) 279-5358 (fax)
wbankston@bankston.to

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| MORGAN STANLEY DW INC., a Delaware Corporation,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>TY A. SCHOMMER; LYNN ANTHONY SOISETH, SCOTT DAVID INGRIM, and JAMES VINCENT O'REILLY,<br><br>　　　　　　　　Defendants. | Case No. 3:06-cv-00135 [TMB] |

**AFFIDAVIT OF WILLIAM M. BANKSTON IN SUPPORT OF MOTION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**

STATE OF ALASKA          )
                         ) ss:
THIRD JUDICIAL DISTRICT  )

Affidavit of William M. Bankston in Support of Motion to Continue Hearing
On Plaintiff's Motion for Temporary Restraining Order
*Morgan Stanley DW Inc. v. Schommer, et al.*, Case No. 3:06-cv-00135 [TMB]
A4134\01\AFFbankston

Page 1 of 3

William M. Bankston, being first duly sworn, states as follows:

1. I am an attorney with Bankston Gronning O'Hara, P.C., lead counsel for the Defendants in this matter.

2. My clients are former employees of Morgan Stanley D.W., Inc. (Morgan Stanley), plaintiff in this action.

3. I have an oral argument before Judge Beverly Cutler on June 8, 2006, at 3:30 p.m. in Palmer, Alaska in the case of *Teton Investments, LLC v. PVA, LLC and Jeff Kinion*, Case No. 3PA-05-1885 CI which directly conflicts with the hearing set in this matter and which cannot be rescheduled.

DATED this 7th day of June, 2006.

_____
WILLIAM M. BANKSTON

SUBSCRIBED AND SWORN to before me this 7th day of June, 2006.

_____
Notary Public in and for Alaska
My commission expires: 6/23/2008

### CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2006 a copy of foregoing Affidavit of William M. Bankston in support of Motion to Continue Hearing on Plaintiff's Motion for Temporary Restraining order was served electronically on

Calvin R. Jones
Jones & Colver, LLC
1900 W. Benson Blvd., Suite 201
Anchorage, AK 99517

Affidavit of William M. Bankston in Support of Motion to Continue Hearing
On Plaintiff's Motion for Temporary Restraining Order
*Morgan Stanley DW Inc. v. Schommer, et al.*, Case No. 3:06-cv-00135 [TMB]     Page 2 of 3
A4134\01\AFFbankston

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

s/Barbra Z. Nault

**BANKSTON GRONNING O'HARA, P.C.**
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

Affidavit of William M. Bankston in Support of Motion to Continue Hearing
On Plaintiff's Motion for Temporary Restraining Order
*Morgan Stanley DW Inc. v. Schommer, et al.*, Case No. 3:06-cv-00135 [TMB]
A4134\01\AFFbankston

Page 3 of 3