IN THE   U.S. DISTRICT   COURT FOR THE STATE OF   ALASKA
THIRD JUDICIAL DISTRICT, AT   ANCHORAGE

MORGAN STANLEY DW INC., A DELAWARE )
CORPORATION, )
  )
  )
-VS-  ) Plaintiff(s)
  )
  )
TY A. SCHOMMER, ET AL., ) RETURN OF SERVICE
  )
  )
  )
  ) Defendant(s)

Case No: 3:06-CV-00135

I certify that on   Wednesday, June 7, 2006 at 4:31 PM I served the following documents
ORDER, SUMMONS IN A CIVIL ACTION, COMPLAINT, AFFIDAVITS, MOTION FOR TEMPORARY RESTRAINING ORDER, MEMORANDUM REGARDING TEMPORARY RESTRAINING ORDER, TEMPORARY RESTRAINING ORDER & TEMPORARY RESTRAINING ORDER HEARING.

on the therein named   SCOTT DAVID INGRIM

at   2600 CORDOVA STREET SUITE 211  in  Anchorage, Alaska by leaving a true and correct copy with
  SCOTT DAVID INGRIM, personally

_____
Process Server /   BRIAN HOWARD

SUBSCRIBED AND SWORN to me this day of   Thursday, June 8, 2006

_____
Notary Public in and for the State of Alaska
My Commission Expires: 03/20/2010

"OFFICIAL SEAL"
STATE OF ALASKA
NOTARY PUBLIC
M. ELIZABETH STEELE
(SEAL)

Attorney:   JONES & COLVER
            1900 W. BENSON BLVD., #201
            ANCHORAGE, AK  99517

Attention:  PJ
File No:    7146-3
Service Fee:  $35.00
Mileage:      $10.00
Endeavor:     $15.00  RUSH PICKUP SAME DAY SERVICE AND
Endeavor:             DELIVER RETURNS BACK TO THE CLIENT
Total:        $60.00    (A.P.S.) NO:    63531

Attorneys Process Service
645 G Street Ste 100 PMB 585
Anchorage, AK. 99501
Phone (907) 276-2237