IN THE   U.S. DISTRICT   COURT FOR THE STATE OF   ALASKA
THIRD JUDICIAL DISTRICT, AT   ANCHORAGE

MORGAN STANLEY DW INC., A DELAWARE CORPORATION,

-VS-                                    Plaintiff(s)

TY A. SCHOMMER, ET AL.,                 **RETURN OF SERVICE**

                                        Defendant(s)

Case No: 3:06-CV-00135

I certify that on   Wednesday, June 7, 2006 at 4:32 PM I served the following documents
ORDER, SUMMONS IN A CIVIL ACTION, COMPLAINT, AFFIDAVITS, MOTION FOR TEMPORARY RESTRAINING ORDER, MEMORANDUM REGARDING TEMPORARY RESTRAINING ORDER, TEMPORARY RESTRAINING ORDER & TEMPORAY RESTRAINING ORDER HEARING.

on the therein named   JAMES VINCENT O'REILLY

at 2600 CORCOVA STREET SUITE 211 in Anchorage, Alaska by leaving a true and correct copy with
JAMES VINCENT O'REILLY, personally

Process Server / BRIAN HOWARD

SUBSCRIBED AND SWORN to me this day of   Thursday, June 8, 2006

Notary Public in and for the State of Alaska
My Commission Expires: 03/20/2010

"OFFICIAL SEAL"
STATE OF ALASKA
NOTARY PUBLIC
M. ELIZABETH STEELE
(SEAL)

Attorney:   JONES & COLVER
            1900 W. BENSON BLVD., #201
            ANCHORAGE, AK 99517
Attention:  PJ
File No:    7146-3
Service Fee:    $35.00
Mileage:        $10.00
Endeavor:       $15.00 RUSH PICK-UP SAME DAY SERVICE AND
Endeavor:              DELIVER RETURNS BACK TO THE CLIENT
Total:          $60.00      (A.P.S.) NO:    63528

Attorneys Process Service
645 G Street Ste 100 PMB 585
Anchorage, AK. 99501
Phone (907) 276-2237