IN THE   U.S. DISTRICT   COURT FOR THE STATE OF   ALASKA
THIRD JUDICIAL DISTRICT, AT   ANCHORAGE

MORGAN STANLEY DW INC., A DELAWARE )
CORPORATION, )
 )
 )
-VS- Plaintiff(s) )
 )
 )
TY A. SCHOMMER, ET AL., )   RETURN OF SERVICE
 )
 )
 Defendant(s) )

Case No: 3:06-CV-00135

I certify that on   Wednesday, June 7, 2006   at   4:30 PM   I served the following documents
ORDER, SUMMONS IN A CIVIL ACTION, COMPLAINT, AFFIDAVITS, MOTION FOR TEMPORARY RESTRAINING ORDER, MEMORANDUM REGARDING TEMPORARY RESTRAINING ORDER, TEMPORARY RESTRAINING ORDER & TEMPORAY RESTRAINING ORDER HEARING.

on the therein named   TY A. SCHOMMER

at   2600 CORCOVA STREET SUITE 211   in   Anchorage, Alaska by leaving a true and correct copy with
TY A. SCHOMMER, personally

_____
Process Server /   BRIAN HOWARD

SUBSCRIBED AND SWORN to me this day of   Thursday, June 8, 2006

_____
Notary Public in and for the State of Alaska
My Commission Expires: 03/20/2010

"OFFICIAL SEAL"
STATE OF ALASKA
NOTARY PUBLIC
M. ELIZABETH STEELE
(SEAL)

Attorney: JONES & COLVER
1900 W. BENSON BLVD., #201
ANCHORAGE, AK  99517
Attention: PJ
File No: 7146-3
Service Fee: $35.00
Mileage: $10.00
Endeavor: $15.00 RUSH PICK-UP SAME DAY SERVICE AND
Endeavor: DELIVER RETURNS BACK TO THE CLIENT
Total: $60.00   (A.P.S.) NO.   63530

Attorneys Process Service
645 G Street Ste 100 PMB 585
Anchorage, AK. 99501
Phone (907) 276-2237