IN THE   U.S. DISTRICT   COURT FOR THE STATE OF   ALASKA
THIRD JUDICIAL DISTRICT, AT   ANCHORAGE

MORGAN STANLEY DW INC., A DELAWARE CORPORATION,   )
)
)
-vs-   )   Plaintiff(s)
)
)
TY A. SCHOMMER, ET AL.,   )   RETURN OF SERVICE
)
)
)   Defendant(s)

Case No: 3:06-CV-00135

I certify that on   Wednesday, June 7, 2006   at   5:05 PM PM   I served the following documents
ORDER, SUMMONS IN A CIVIL ACTION, COMPLAINT, AFFIDAVITS, MOTION FOR TEMPORARY RESTRAINING ORDER, MEMORANDUM REGARDING TEMPORARY RESTRAINING ORDER, TEMPORARY RESTRAINING ORDER & TEMPORAY RESTRAINING ORDER HEARING.

on the therein named   LYNN ANTHONY SOISETH

at   601 WEST 5TH AVENUE SUITE 900   in   Anchorage, Alaska by leaving a true and correct copy with
LYNN ANTHONY SOISETH, personally C/O BARBARA NAULT ESQ. AUTHORIZED TO ACCEPT SERVICE ON HIS BEHALF AFTER WAITING TO MAKE SERVICE AT HIS WORK PLACE AND BEING TOLD HE WAS WITH A CLIENT FOR AN INDEFINITE PERIOD OF TIME AND BEING TOLD I COULD MAKE SERVICE UPON HIM THROUGH HIS ATTORNEY.

_____
Process Server /   BRIAN HOWARD

SUBSCRIBED AND SWORN to me this day of   Thursday, June 8, 2006

_____
Notary Public in and for the State of Alaska
My Commission Expires:   03/26/2010

"OFFICIAL SEAL"
STATE OF ALASKA
NOTARY PUBLIC
M. ELIZABETH STEELE
(SEAL)

Attorney:   JONES & COLVER
1900 W. BENSON BLVD., #201
ANCHORAGE, AK 99517

Attention:   PJ
File No:   7146-3
Service Fee:   $35.00
Mileage:   $10.00
Endeavor:   $15.00 RUSH PICK-UP SAME DAY SERVICE AND
Endeavor:   DELIVER RETURNS BACK TO THE CLIENT
Total:   $60.00   (A.P.S.) NO:   63529

Attorneys Process Service
645 G Street Ste 100 PMB 585
Anchorage, AK. 99501
Phone (907) 276-2237