AO440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ ALASKA _____

morgan stanley dw inc., a Delaware corporation

v.

TY A. SCHONWER, LYNN ANTHONY
SOSSETH, SCOTT DAVID NISSIM AND JAMES
VINCENT O'REILLY

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   3:06-CV-00135

TO: (Name and address of Defendant)

Scott David Nisgim
c/o 2690 Denali Street
Anchorage AK 99503

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James & Coker, LLC
Calvin R. Jones
1400 W Benson Blvd, Suite 201
Anchorage AK 99511

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

BRIAN BOMACK

CLERK

DATE  June 7 2006

(BY) DEPUTY CLERK