AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ ALASKA _____

morgan stanley dw inc., a Delaware corporation

**SUMMONS IN A CIVIL ACTION**

V.

TY A. SCHOMMER, LYNN ANTHONY
SOISETH, SCOTT DAVID INGRIM AND JAMES
VINCENT O'REILLY

CASE NUMBER:   3:06-CV-00135

TO: (Name and address of Defendant)

Lynn Anthony Soiseth
c/o 2600 Denali Street
Anchorage AK 99503
or
2024 Brandilyn Street
Anchorage AK 99516-1960

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jones & Colver, LLC
Calvin R. Jones
1900 W Benson Blvd. Suite 201
Anchorage AK 99517

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

EDA ROMACK

_____
CLERK

_Lisa Suan_
(By) DEPUTY CLERK

_June 7, 2006_
_____
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  6-7-06     5:05 P.M. |
| NAME OF SERVER *(PRINT)*  BRIAN HOWARD | TITLE  PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  LYNN ANTHONY SOISETH C/O
BARBARA NAULT ESQ AUTHORIZED TO ACCEPT
SERVICE ON HIS BEHALF.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL  $15.00 | SERVICES  $45.00 | TOTAL  $60.00 |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-7-08
          Date

Signature of Server

645 'G' St. Ste. 100 #585 A.A 99501)
    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.