# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

*Morgan Stanley DW Inc.  v. Ty A. Schommer, Lynn Anthony Soiseth, Scott David Ingrim, and James Vincent O'Reilly*
Case No.   3:06-cv-00135 TMB

By:              THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

Plaintiff seeks a Temporary Restraining Order to prevent Defendants from, among other things, soliciting current Morgan Stanley clients.  Defendants oppose the entry of such an order and seek time to respond to Plaintiff's motion.  Following a hearing on this matter,

**IT IS ORDERED THAT:**

1. Defendants shall have until 12:00 p.m., June 13, 2006 to file an opposition to Plaintiff's motion.

2. Plaintiff's shall have until 4:30 p.m., June 14, 2006 to reply.

3. The hearing on this matter is continued until 2:00 p.m.,  June 15, 2006.

4. The parties agree that until that hearing, Defendants shall not solicit business from Morgan Stanley clients, and Plaintiffs will respond to any inquiries about Defendants' whereabouts by providing their new contact information.  Defendants may conduct business with clients that contact them directly at their new place of business.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE:   June 8, 2006