**BANKSTON GRONNING O'HARA**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
601 W. 5TH AVENUE, SUITE 900
ANCHORAGE, ALASKA 99501
(907) 276-1711
FACSIMILE (907) 279-5358
WWW.BANKSTON.TO

| | |
|---|---|
| **SHAREHOLDERS** | **ASSOCIATES** |
| WILLIAM M. BANKSTON | BRIAN J. STIBITZ |
| JON T. GIVENS | D. KEVIN WILLIAMS |
| CHRIS D. GRONNING | |
| CHRISTOPHER J. HEAPHEY | |
| BARBRA Z. NAULT | |
| STEVEN T. O'HARA | |

June 6, 2006

Calvin R. Jones
Jones & Colver, LLC
1900 W. Benson Blvd., Suite 201
Anchorage, AK  99517

**Via Courier**

Re:   *Delivery of Flash Drive ACT Database Backup*
      Our File No.: A-4134-01

Dear Calvin:

As you know, this firm represents former Morgan Stanley employees Ty Schommer, Lynn Soiseth, Scott Ingrim and Vince O'Reilly. Enclosed please find a flash drive which contains certain ACT databases which, with the consent of your client Morgan Stanley, were periodically backed up on the home computer of our clients' administrative assistant, Pamela Parker. As noted in the statement of Ms. Parker accompanying the flash drive, the databases were copied to this flash drive and deleted from her home computer on May 26, 2006. We received the drive at our offices on May 30, 2006, and by this letter are delivering it to you.

Please do not hesitate to contact me if you have any questions.

Very truly yours,

BANKSTON GRONNING O'HARA, P.C.

Barbra Z. Nault

BZN/jmv
cc: Clients

Q:\CLIENT\A4134\01\LETTERS\LTRjonesBZN1.doc

Exhibit ___1___
Page __1__ of __2__

May 26, 2006

I am verifying that I am returning one flash drive that contains the following ACT databases:

Master
Closed 888/444
Closed 3/06
Closed ATeam

I am further verifying that I have deleted these databases from my home computer where this information was restored to periodically for backup purposes.

*[signature]*

Pamela Parker

Exhibit 1
Page 2 of 2