## Order on Request for Permanent Injunction



At the conclusion of a hearing on a request for permanent injunction under Rule 10335 of the NASD Code of Arbitration Procedure, please complete this form.

An in-person or telephonic hearing on a request for Permanent Injunction under Rule 10335 of the NASD Code of Arbitration Procedure, was held in the matter of:

CLAIMANT(S): _Merrill Lynch_

RESPONDENT(S): _UBS Financial Services, Fifth Third Bank, Thomas W Atkins and Jason Q Marshall_

CASE #: _03-04038_

The hearing was held on _6/18/03_ (month/date/year).
The follow individuals participated in the hearing: [list the attending individuals]

Chairperson: _Marion Smith_

Panelist: _Bernadette F. Rasmussen_

Panelist: _James Hugh Williams_

Claimant's Representative: _David F McComb_

#1 Respondent's Representative (UBS Financial): _Steve Pherson & Jim Koine_

#2 Respondent's Representative (Individuals): _C Ward Hendon_

NASD Dispute Resolution Staff: _____

At the hearing for permanent injunction, the following occurred:

1. Respondent _____ filed its
   answer to the statement of claim.

2. Respondent _____ filed its
   answer to the statement of claim.

Exhibit _5_
Page _1_ of _5_

3. The parties accepted the panel's composition. (If not, please explain.)
   _____Yes_____
   _____
   _____

4. In determining the request for permanent injunction, the panel used the following legal standard (Select one):
   a. Choice of law as indicated in the parties' agreement; or,
   ✓ b. The law of state where events occurred if there is no agreement.

5. On Claimant __Merrill Lynch's__ 's request for permanent injunction, the panel rules as follows (circle and complete all selections that apply):
   a. Granted
   (b. Denied)
   c. The permanent injunction filed by _____ shall become effective:
      i. Upon the expiration of the TRO used by the Court on (month/date/year) _____ and expire on _____
      ii. Immediately and will expire on (month/date/year) _____

6. On Respondent _____'s request for permanent injunction, the panel rules as follows (circle and complete all selections that apply):
   a. Granted
   b. Denied
   c. The permanent injunction filed by _____ shall become effective:
      i. Upon the expiration of the TRO used by the Court on (month/date/year) _____ and expire on _____
      ii. Immediately and will expire on (month/date/year) _____

7. The parties are prohibited from seeking an extension of the court's order.
   (Yes) or No

8. The parties are directed to jointly move the court to ~~modify or~~ dissolve the court order. The parties shall file this motion within __ten__ days from the date of this order.

Exhibit __5__
Page __2__ of __5__

9. The panel has scheduled additional hearings to resolve damages and other issues as follows:

   a. The next scheduled hearing session will be held on (month/date/year) _____ at _____ (time). The following dates have also been reserved for this hearing: Parties shall confer and submit 3 proposed dates to NASD Dispute Resolution for consideration by the panel

   b. The arbitrators and parties have tentatively reserved (month/date/year) _____ at _____ (time) for a pre-hearing conference to resolve _____ Parties to confer and submit 3 proposed dates to NASD Dispute resolution

   c. The Chairperson and parties have tentatively reserved _____ (month/day/year) at _____ (time) for a pre-hearing conference to resolve the following discovery matters:
   _____
   _____
   _____

   d. If pre-hearing briefs are filed, they must be filed by: _____
   
   Response filed by: _____
   
   Reply filed by: _____

   e. If motions are filed, they must be filed by: _____
   
   Response filed by: _____
   
   Reply filed by: _____

10. Other rulings (i.e., arbitration fees, extra fees to be deposited, etc.):
    a. The parties are liable for the increased arbitrator honoraria on the hearing for the permanent injunction as follows: ~~____~~ Claimant
    _____
    _____

Exhibit 5
Page 3 of 5

b. The parties are liable for the reasonable travel expenses of arbitrator, Marron Smity , who traveled outside his or her assigned hearing location as follows:
Claimant #1 is assessed Merill Lynch

Claimant #2 is assessed _____

Respondent #1 is assessed _____

Respondent #2 is assessed _____

Respondent #3 is assessed _____

11. If the parties settle this matter with no further hearings:

a. The cost of this permanent injunction hearing and any other hearing, including initial pre-hearing conference or pre-hearing conference, will be borne as follows:
Claimant #1 is assessed 100 90

Claimant #2 is assessed _____

Respondent #1 is assessed _____

Respondent #2 is assessed _____

Respondent #3 is assessed _____

b. Is this preliminary assessment joint and several? Yes or No N/A

c. If this preliminary assessment is joint and several, state below the parties against whom it is made (circle all that applies):
   i. Claimants only
   ii. Respondents only
   iii. Claimants and Respondents

Exhibit 5
Page 4 of 5

> NOTE: Rule 10335(b)(6)(C) provides that chairperson shall receive $375.00 for a single session and $700 for each double session on the permanent injunction, while panelists shall receive $300 for each single session and $600 for each double session. The Rule provides that the parties shall equally pay the difference between the honorarium under IM-10104 and Rule 10335 and that the arbitrators may reallocate this additional amount among the parties in the award. *This increased honorarium applies only to hearings for permanent injunction and does not apply to pre-hearing conferences or additional hearings on damages or other issues.*
>
> Rule 10335(b)(6)(A) provides that the parties shall jointly bear an arbitrator's reasonable travel-related costs and expenses for required travel to a hearing location other than the arbitrator's primary hearing location(s). The arbitrator may reallocate such costs and expenses among the parties in the award.
>
> If a member firm fails to satisfy an invoice, NASD Dispute Resolution will debit the member firm's ORD account.

This order will remain in effect unless amended by the arbitration panel.

Dated:

_____
Chairperson's Name and Signature

_____
Panelist's Name and Signature

_____
Panelist's Name and Signature
BERNADETTE RASMUSSEN

66

Exhibit  E
Page  5  of  5

TOTAL P.02

JUN 20 2003 12:11        202 728 6952

EXHIBIT E
Page 5 of 5