William M. Bankston, Esq.
Barbra Z. Nault, Esq.
Bankston Gronning O'Hara, P.C.
601 West 5th Avenue, Suite 900
Anchorage, Alaska 99501
(907) 276-1711 (telephone)
(907) 279-5358 (fax)
wbankston@bankston.to

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

MORGAN STANLEY DW INC., )
a Delaware Corporation, )
                                                     Plaintiff, )
)
v. )
)
SCOTT INGRIM, VINCE O'REILLY, )
TY SCHOMMER, and LYNN SOISETH, )
)
                                          Defendants. ) Case No. 3:06-cv-00135 [TMB]
)

**AFFIDAVIT OF PAMELA PARKER
IN SUPPORT OF DEFENDANTS' OPPOSITION TO
PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**

Affidavit of Pamela Parker in Support of Defendants' Opposition to Plaintiff's Motion for Temporary Restraining Order
*Morgan Stanley DW v. Schommer, et al.*, Case No. 3:06-cv-00135 [TMB]   Page 1 of 4
A3388\05\AFFparker

STATE OF ALASKA          )
                         ) ss:
THIRD JUDICIAL DISTRICT  )

Pamela Parker, being first duly sworn, states as follows:

1. I am a former employee of Morgan Stanley DW, Inc. at the Anchorage office. During my employment with Morgan Stanley I routinely answered the telephone and responded to client questions regarding their account information. During my employment with Morgan Stanley I did not recommend or encourage any Morgan Stanley clients to transfer an account away from Morgan Stanley.

2. I have read the Affidavit of Laura Godenzi filed in Support of Morgan Stanley's Motion for Temporary Restraining Order. I have personal knowledge of the events described in paragraph 2 of that Affidavit. In early May, Steve Peterson asked me to print Household reports for a list of clients. I complied with his request, provided him with the reports and retained copies of the reports in the credenza located in my office. I left these reports in that credenza when I resigned from Morgan Stanley on May 25, 2006.

3. During my employment with Morgan Stanley I routinely backed up the ACT databases which were located on my office computer. I typically did a back-up twice a month by copying those databases to a disk drive or flash drive and downloading the information onto my home computer. This was my regular practice for approximately the last seven years that I was employed by Morgan Stanley. Clark Rush, who was Branch Manager of the Anchorage office during that time, was aware of this practice.

Affidavit of Pamela Parker in Support of Defendants' Opposition to Plaintiff's Motion for Temporary Restraining Order
*Morgan Stanley DW v. Schommer, et al.*, Case No. 3:06-cv-00135 [TMB]          Page 2 of 4
A3388\05\AFFparker

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

4.     After I resigned my position at Morgan Stanley on May 25, 2006, I put the flash drive containing the most recent back up, which I believe was accomplished on or about May 12, 2006, into a sealed manila envelope and attached a statement to the outside of the envelope explaining the contents so that it could be delivered to the law offices of Bankston Gronning O'Hara, P.C. and returned to Morgan Stanley.

5.     I started working at the Anchorage office of A.G. Edwards & Sons, Inc. on May 16, 2006. Since joining A.G. Edwards I have not initiated contact with clients for the purpose of soliciting them to transfer accounts. I have contact clients to advise them that Mr. Schommer, Mr. Ingrim, Mr. O'Reilly and Mr. Soiseth are now working at A.G. Edwards & Sons, Inc.

DATED this _8_ day of June, 2006.

_____
PAMELA PARKER

SUBSCRIBED AND SWORN to before me this 8th day of June, 2006.

_____
Notary Public in and for Alaska
My commission expires: 11/4/2006

Affidavit of Pamela Parker in Support of Defendants' Opposition to Plaintiff's Motion for Temporary Restraining Order
*Morgan Stanley DW v. Schommer, et al.*, Case No. 3:06-cv-00135 [TMB]            Page 3 of 4
A3388\05\AFFparker

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 · Fax (907) 279-5358
www.bankston.to