William M. Bankston, Esq.
Barbra Z. Nault, Esq.
Bankston Gronning O'Hara, P.C.
601 West 5th Avenue, Suite 900
Anchorage, Alaska 99501
(907) 276-1711 (telephone)
(907) 279-5358 (fax)
wbankston@bankston.to

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| MORGAN STANLEY DW INC., a Delaware Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| SCOTT INGRIM, VINCE O'REILLY, TY SCHOMMER, and LYNN SOISETH, | ) ) ) |
| Defendants. | ) Case No. 3:03-cv-00135[TMB] |

### AFFIDAVIT OF TIMOTHY A. LOVELY

STATE OF WASHINGTON    )
                       ) ss:
PIERCE COUNTY          )

Timothy A. Lovely, being first duly sworn, upon oath, deposes and says:

1. I am a longstanding client of Vince O'Reilly. I have used his services since approximately 1980. I have always considered Mr. O'Reilly to be my financial

A4134\01\AFFlovely

Page 1 of 2

advisor – not the firm for which he works. In that light I have always followed Mr. O'Reilly when he made transitions from one firm to another in the past.

2. On June 5, 2006, I called Morgan Stanley D.W. Inc.'s ("Morgan Stanley") Anchorage offices to talk to Mr. O'Reilly. When the receptionist answered, I asked if I could speak to Mr. O'Reilly. The receptionist told me words to the effect that "he no longer works here." I asked where he worked. The receptionist told me words to the effect that "I do not know and I am not allowed to give out that information." She then asked me what my account number was, and stated that she would transfer me to my new Morgan Stanley financial advisor. I said no thanks and contacted Mr. O'Reilly on his cell phone.

DATED: 6/8/06

_____
Timothy A. Lovely

SUBSCRIBED AND SWORN to before me this 8 day of June, 2006.

_____
Notary Public in and for Washington State
My commission expires: 1-3-08



**BANKSTON GRONNING O'HARA, P.C.**
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

A4134\01\AFFlovely