CALVIN R. JONES
Jones & Colver, LLC
1900 W Benson Blvd., Suite 201
Anchorage AK 99517

1 (907) 272-6511

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

MORGAN STANLEY DW INC., )
a Delaware corporation, )
        Plaintiff, )
)
)
vs. )
)
TY SCHOMMER, LYNN SOISETH, )
SCOTT INGRIM, and J. VINCENT )
O'REILLY )
        Defendant(s). )
_____ )

Case No. 3:06-CV-00135 [TMB]

## AFFIDAVIT OF SERVICE BY COURIER

STATE OF ALASKA             )
                                          )ss.
THIRD JUDICIAL DISTRICT   )

JONES & COLVER, LLC
Attorneys at Law
1900 West Benson Boulevard, Suite 201, Anchorage, Alaska 99517
Telephone (907) 272-6511 FAX (907) 276-6511

      ELIZABETH STEELE, being first duly sworn, upon her oath, deposes and says: That on the 14th day of June, 2006 she served the Reply Memorandum in Support of Plaintiff's Motion for Temporary Restraining Order on :

1

| | |
|---|---|
| Bill Bankston, attorney for defendants<br>Bankston, Gronning, O'Hara P.C.<br>601 W 5th Ave Ste 900<br>Anchorage, AK 99501 | Barbara Nault, attorney for defendants<br>Bankston, Gronning, O'Hara P.C.<br>601 W 5th Ave Ste 900<br>Anchorage, AK 99501 |

by giving a copy of the original Reply Memorandum in Support of Plaintiff's Motion for Temporary Restraining Order, along with instructions to George's Courier Service, LLC to deliver documents stated above to Bill Bankston and Barbara Nault at the address of 601 W 5th Ave Suite 900 Anchorage, AK 99501.

Jones & Colver

By: /s/ Elizabeth Steele
Elizabeth Steele

SUBSCRIBED AND SWORN to before me this 14th day of June, 2006.

_____
Notary Public in and for Alaska
My commission expires: 11/25/09

OFFICIAL SEAL
STATE OF ALASKA
NOTARY PUBLIC
DEBORAH J. KUFHTA

JONES & COLVER, LLC
Attorneys at Law
1900 West Benson Boulevard, Suite 201, Anchorage, Alaska 99517
Telephone (907) 272-6511 FAX (907) 276-6511

2