Calvin R. Jones
Jones & Colver, LLC
1900 W Benson Blvd Suite 201
Anchorage, AK 99517
(907) 272-6511 Phone
(907) 276-6511 Fax

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

MORGAN STANLEY DW INC., )
A Delaware Corporation, )
                                                        )
              Plaintiff                                 )
                                                        )
vs.                                                     )
                                                        )
TY SCHOMMER, SCOTT INGRIM, )
J. VINCENT O'REILLY, and LYNN )
SOISETH,                                             )
              Defendants                           )
_____)

Case No. 3:06-CV-00135 [TMB]

### SUPPLEMENTAL AFFIDAVIT OF HAROLD PIERCE REGARDING DEFENDANT'S OPPOSITION TO MOTION FOR TEMPORARY RESTRAINING ORDER

STATE OF ALASKA           )
                                         )ss
THIRD JUDICIL DISTRICT )

  I, Harold Pierce being first duly sworn, upon my oath, state and depose as follows:

JONES & COLVER, LLC
Attorneys at Law
1900 West Benson Boulevard, Suite 201, Anchorage, Alaska 99517
Telephone (907) 272-6511

1. I am Vice President and the Branch Manager for the Anchorage, Alaska Office of Morgan Stanley DW Inc. ("Morgan Stanley"). I submit this Supplemental Affidavit in support of Morgan Stanley's request for injunctive relief in this action against the above named defendants. I would comment on the opposing affidavits submitted by and on behalf of the defendants as set forth below.

2. I was formerly the Branch Manager of Morgan Stanley's Eugene, Oregon office, and recently transferred to the Anchorage branch office of Morgan Stanley. As Branch Manager my duties include sales supervision, compliance, implementation of firm polices, and general responsibility and familiarity with each Financial Advisor and the accounts that he or she services.

3. Throughout the financial industry in which Morgan Stanley is involved the importance of confidentiality and privacy concerning clients' accounts is stressed and is considered an obligation to the clients. This obligation is both part of office policy and formal rules and regulations.

4. The receptionist at our office is important in that he or she is often the first contact with a client, and assures that the communication between financial advisors and clients is accessible. At the same time, it is of importance that the financial advisor, in part for purposes of confidentiality and licensing issues, deals directly with the client in all matters concerning a client's account.

5. The receptionist at Morgan Stanley is instructed to forward all matters concerning a client's account to the respective financial advisor assigned to that account. When a financial advisor leaves the employ of Morgan Stanley, his

JONES & COLVER, LLC
Attorneys at Law
1900 West Benson Boulevard, Suite 201, Anchorage, Alaska 99517
Telephone (907) 272-6511

accounts are assigned to other Financial Advisors to insure continuity and stability in service to the client, and without question to maintain that individual as a client of Morgan Stanley.

      6. Thus, when clients ask to speak to a financial advisor who is no longer in the employ the Morgan Stanley, the receptionist is directed to forward the call to the newly assigned financial advisor to that account.  The receptionist did so in the case of the incident described in the affidavit of Timothy A. Lovely; however, he declined to speak to the newly assigned advisor. In short, Morgan Stanley does not allow its receptionist, as a non-licensed individual, to deal with what is a sensitive matter explaining the departure of a financial advisor, the status of their accounts, why the financial advisor left, and any other related information.  The newly assigned financial advisor is tasked with this responsibility.  For purposes of confidentiality the newly assigned financial advisor may require some verification of the caller's identity such as account number, date of birth, or social security number before discussing the account; this is not a task for the Morgan Stanley receptionist.

Dated this 14TH day of June, 2006.

_____
Harold Pierce

SUBSCRIBED AND SWORN to before me this 14th day of June, 2006.

_____
Notary Public in and for Alaska

"OFFICIAL SEAL"
STATE OF ALASKA
NOTARY PUBLIC
M. ELIZABETH STEELE

My commission expires: 03/10/2010

JONES & COLVER, LLC
Attorneys at Law
1900 West Benson Boulevard, Suite 201, Anchorage, Alaska 99517
Telephone (907) 272-6511