William M. Bankston, Esq.
Bankston Gronning O'Hara, P.C.
601 West 5th Avenue, Suite 900
Anchorage, Alaska 99501
(907) 276-1711 (telephone)
(907) 279-5358 (fax)
wbankston@bankston.to

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MORGAN STANLEY DW INC., a Delaware Corporation, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | )<br>) |
| SCOTT INGRIM, VINCE O'REILLY, TY SCHOMMER, and LYNN SOISETH, | )<br>)<br>) |
| Defendants. | ) Case No. 3:06-cv-00135 [TMB]<br>) |

**MOTION FOR CLARIFICATION OF**
**TEMPORARY RESTRAINING ORDER**

Defendants Scott Ingrim, Vince O'Reilly, Ty Schommer and Lynn Soiseth (collectively "Defendants"), by and through counsel, hereby request the Court add an additional paragraph to the Temporary Restraining Order (TRO). This motion is based upon the following memorandum.

## MEMORANDUM

At the oral argument concerning the TRO, the Court entertained the possibility that it would review the exhibits set forth in this matter to determine whether the Court would enforce the geographic solicitation clauses in the employment agreements.[1]

These account executives' employment agreements provide for differing geographic limitations and differing time periods for the respective defendants: defendant Ty Schommer has 100 mile radius and one year; defendant Lynn A. Soiseth has a radius of 25 miles and 90 days; defendant Vincent O'Reilly has a radius of 25 miles and 90 days; defendant Scott Ingrim has a radius of 100 miles and one year.

Defendants propose that an additional paragraph (No. 10) be added to the TRO, which would set forth the geographic limitations as follows:

> 10. The Account Executive Employment Agreement for each defendant contains at paragraph 2.1 a geographic limitation for solicitation. The provisions of paragraph 1.A. of this Order only apply to the defendants within the geographic limitations set forth in this paragraph:
>
> Ty A. Schommer, a one hundred (100) mile radius from the Morgan Stanley office in Anchorage, Alaska,
>
> Lynn Anthony Soiseth, a twenty-five (25) mile radius from the Morgan Stanley office in Anchorage, Alaska,
>
> Scott David Ingrim, a one hundred (100) mile radius from the Morgan Stanley office in Anchorage, Alaska, and
>
> James Vincent O'Reilly, a twenty-five (25) mile radius from the Morgan Stanley office in Anchorage, Alaska.

---

[1] The employment agreements in this matter are set forth in the Affidavit of Harold Pierce, Exhibits A, B, C and D.

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

The differing time limitations are not set forth in this proposed TRO because the TRO is effective for ten days. If the Court ever determines that the TRO hall be effective longer than 90 days, which would apply to defendants Soiseth and O'Reilly, then at that time the Court can address the time limitations.

The employment agreements do not provide for any covenant not to compete. There is no covenant not to compete involved in this litigation. The employment agreements simply contain a covenant against solicitation. Hence, the proposed change in the TRO reflects the agreements which the parties executed. Defendants request the TRO be modified to be consistent with the employment agreements.

DATED this 16th day of June, 2006.

                                         BANKSTON GRONNING O'HARA, PC
                                         Attorneys for Defendants

                                         By:   s/ William M. Bankston
                                                  601 W. 5th Avenue, Suite 900
                                                  Anchorage, Alaska 99501
                                                  Phone: (907) 276-1711
                                                  Fax: (907) 279-5358
                                                  E-mail: wbankston@bankston.to
                                                  AK Bar #7111024

CERTIFICATE OF SERVICE

I hereby certify that before noon on June 16, 2006, a copy of
foregoing Motion was served electronically upon:

Calvin R. Jones
Jones & Colver, LLC
1900 W. Benson Blvd., Suite 201
Anchorage, AK 99517

s/Charlene Vozar