Calvin R. Jones
Jones & Colver, LLC
1900 West Benson Blvd., Suite 201
Anchorage Alaska 99517
(907) 272-6511

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| MORGAN STANLEY DW INC., a Delaware corporation<br><br>Plaintiff,<br><br>vs.<br><br>TY A. SCHOMMER, LYNN ANTHONY SOISETH, SCOTT DAVID INGRAM, AND JAMES VINCENT O'REILLY,<br><br>Defendant[s]. | No. A 3:06-cv-00135<br><br>LIMITED OPPOSITION TO MOTION FOR CLARAIFICATION OF TEMPORARY RESTRAINING ORDER |

The plaintiff, Morgan Stanley DW, Inc., ("Morgan Stanley"), hereby submits its limited opposition to the Motion by the above named defendants for clarification of the Temporary Restraining Order entered by this court on June 15, 2006.

Morgan Stanley agrees that the employment agreements of the defendants contained the geographic limitations as stated within defendants' motion. At the same time, the Account Referral Agreements [1] (Exhibits A-1, B-1, C-1 and E to H. Pierce Affidavit) do not have geographic limitations on the soliciting of clients assigned by or obtained through leads given to the defendants. Arguably, the prohibition of soliciting such clients is not controlled by the geographic limitations.

---

[1] These deal with the prohibitions of soliciting Morgan Stanley Clients that are "Assigned Clients and Leads" from Morgan Stanley, as opposed to clients cultivated or obtained solely by the defendants.

- 1

Jones & Colver, LLC.
Attorneys at Law
1900 West Benson Blvd., Suite 201
Anchorage, Alaska 99517
Telephone: (907) 272-6511
Fax: (907) 276-6511

7146-3 pjb

1   Despite the foregoing, for purposes of clarifying the present TRO, Morgan Stanley agrees with the proposed added paragraph 10, as set forth in the defendants motion, with the addition thereto as follows:

> Notwithstanding the above, the first sentence of Section 1 applies to all of the Defendants and they cannot act in concert with each other or any employee of A.G. Edwards to solicit or otherwise initiate contact with any Morgan Stanley client they served while in the employ of Morgan Stanley that reside outside the geographic limitations set forth above for the purposes of inviting, encouraging or requesting the transfer of any accounts or business patronage from Morgan Stanley.  The foregoing is to insure that those parties with less of a geographical limitation do not assist in contact or solicitation of clients served by those parties with a greater geographical limitation which includes those clients residing between the twenty-five mile radius and the one hundred mile radius that were served by those parties who are subject to the greater geographic limitation.

Morgan Stanley wishes to reserve all rights under both the Employment Agreements and Account Referral/Assigned Lead Agreements between the parties they may relate to any further proceeding before this court, the National Association of Securities Dealers (NASD) or other tribunals.

Dated this 19th day of June, 2006.

Jones & Colver, LLC

By:/s/ Calvin R. Jones
Calvin R. Jones,
1900 W Benson Blvd Suite 201
Anchorage, AK 99517
(907) 272-6511 Phone
(907) 276-6511 Fax
pj@jonescolver.com
ASB  #_7610109_____
*Of Attorneys for Plaintiff Morgan Stanley DW Inc.*

- 2

Jones & Colver, LLC.
Attorneys at Law
1900 West Benson Blvd., Suite 201
Anchorage, Alaska 99517
Telephone:  (907) 272-6511
Fax: (907) 276-6511

7146-3 pjb

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of June, 2006, I served the foregoing document on the following parties at the following address:

William M. Bankston
Bankston Gronning O'Hara, P.C.
601 W. 5th Avenue, Suite 900
Anchorage AK 99501

By emailing to William M. Bankston, attorney for Defendants, a true and correct copy thereof on said day, and mailing a true and correct copy thereof by placing in a sealed envelope addressed to them and deposited in the U.S. Post Office at Anchorage, Alaska on said day with postage prepaid.

By: /s/ M. Elizabeth Steele
M. Elizabeth Steele

CERTIFICATE OF SERVICE - 1

Jones & Colver, LLC
1900 West Benson Blvd. Suite 201
Anchorage AK 99517
Telephone: (907) 272-6511
Fax: (907) 276-6511