Calvin R. Jones
Jones & Colver, LLC
1900 West Benson Blvd., Suite 201
Anchorage Alaska 99517
(907) 272-6511

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| MORGAN STANLEY DW INC., a Delaware corporation<br><br>Plaintiff,<br><br>vs.<br><br>TY A. SCHOMMER, LYNN ANTHONY SOISETH, SCOTT DAVID INGRAM, AND JAMES VINCENT O'REILLY,<br><br>Defendant[s]. | No. A06-3-06-cv-00135 TMB<br><br>NOTICE OF FILING SECURITY BOND |

      Plaintiff, Morgan Stanley DW, Inc., pursuant to the Temporary Restraining Order entered by this court on June 15, 2006, hereby submits the original Bond For Temporary Restraining Order in the amount of $10,000.00.

      The bond was executed June 19, 2006 and arrived at the undersigned's office at approximately 1:15 p.m., June 19, 2006. Counsel for plaintiff had provided a copy of the bond to counsel for defendants on the afternoon of June 19, 2006.

      Dated this 19th day of June, 2006.

                                  Jones & Colver, LLC

                                  By: /s/ Calvin R. Jones
                                     Calvin R. Jones,
                                     1900 W Benson Blvd Suite 201
                                     Anchorage, AK 99517
                                     (907) 272-6511 Phone
                                     (907) 276-6511 Fax
                                     pj@jonescolver.com
                                     ASB #_7610109_____
                                     *Of Attorneys for Plaintiff Morgan Stanley DW Inc.*

- 1

7146-3 pjb

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of June, 2006, I served the foregoing document on the following parties at the following address:

William M. Bankston
Bankston Gronning O'Hara, PC
601 W. 5th Avenue, Suite 900
Anchorage AK 99501

by faxing on June 19, 2006 to William M. Bankston, attorney for Defendants, a true and correct copy thereof on said day, and mailing a true and correct copy thereof by placing in a sealed envelope addressed to them and deposited in the U.S. Post Office at Anchorage, Alaska on said day with postage prepaid.

/s/ M. Elizabeth Steele
M. Elizabeth Steele

- 2

Jones & Colver, LLC.
Attorneys at Law
1900 West Benson Blvd., Suite 201
Anchorage, Alaska 99517
Telephone: (907) 272-6511
Fax: (907) 276-6511

7146-3 pjb

**CERTIFICATE OF SERVICE**

I hereby certify that on the ____th day of June, 2006, I served the foregoing document on the following parties at the following address:

by hand delivering to _____, attorney for Defendants, a true and correct copy thereof on said day, and mailing a true and correct copy thereof by placing in a sealed envelope addressed to them and deposited in the U.S. Post Office at Anchorage, Alaska on said day with postage prepaid.

_____

CERTIFICATE OF SERVICE - 1

Jones & Colver, LLC
1900 West Benson Blvd. Suite 201
Anchorage AK 99517
Telephone: (907) 272-6511
Fax: (907) 276-6511