Bond No# CGB4084527

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

MORGAN STANLEY DW INC., A
Deleware Corporataion

        Plaintiff(s)

vs.

TY A. SCHOMMER, LYNN ANTHONY
SOISETH SCOTT DAVID INGRIM AND
JAMES VINCENT O'REILLY,
        Defendant(s)

No. 3:06-cv-00135 TMB

**TEMPORARY RESTRAINING ORDER**

**KNOW ALL BY THESE PRESENTS:**

That we, **MORGAN STANLEY DW INC.**, a Delaware corporation, as Principal (s), and **Colonial American Casualty and Surety Company**, a Corporation of the State of Maryland authorized to transact surety business in the State of Alaska, as surety, are held and firmy bound unto, TY A. SCHOMMER ,LYNN ANTHONY SOISETH, SCOTT DAVID INGRIM AND JAMES VINCENT O'REILLY as Obligee(s) in the penal sum of TEN THOUSAND AND NO/100******($10,000.00****) DOLLARS, LAWFUL MONEY OF THE United State of America, for the payment of which, well and truly to be made, we bind ourselves, our heirs, legal represenatatives, successors and assigns, jointly and severally, firmly by these presents.

**WHEREAS,** by an Order of the Court, Plaintiff(s) is (are ) required to file a bond as a condition to the Judge granting the above Order temporally restraining the above named Defendant(s) from the commission of certain acts set forth in said Order.

**NOW, THEREFORE, THE CONDITION OF THE ABOVE OBLIGATION IS SUCH,** that if the Principal(s) in consideration of the issuance of said Temporty Restraining Order, shall undertake to pay all costs and damages which the Defendant(s) may sustain by reason of said Order being issued if the same be wrongful and without sufficient cause, then the obligation shall be voided, otherwise to remain in full force and effect.

**PROVIDED, HOWEVER,** that the liability of the Surety shall terminate with the expiration of the Temporty Restraining Order and in no event shall this bond be applicable ot a subsequent injuction or Preliminary Injunction.

SIGNED AND SEALED THIS 19th day of JUNE, 2006

        MORGAN STANLEY DW, INC.
        BY: _____
        Principal

        COLONIAL AMERICAN CASUALTY AND SURETY COMPANY
        BY: _____
        Colleen M. Ferris, Attorney-in-Fact

**APPROVED**
Date:_____

Judge:_____

Bond Number: CGB4084527

## Power of Attorney
### COLONIAL AMERICAN CASUALTY AND SURETY COMPANY
HOME OFFICE: 3910 KESWICK ROAD, BALTIMORE, MD 21211

KNOW ALL MEN BY THESE PRESENTS: That the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY, a corporation of the State of Maryland, by Frank E. Martin, Jr., Vice President, and Gerald F. Haley, Assistant Secretary, in pursuance of authority granted by Article VI, Section 2, of the By-Laws of said Company, which are set forth on the next page hereof and are hereby certified to be in full force and effect on the date hereof, does hereby nominate, constitute and appoint Colleen M. Ferris, its true and lawful agent and Attorney-in-Fact, to make, execute, seal and deliver, for, and on its behalf as surety, and as its act and deed: a Court Bond under Bond or undertaking number CGB4084527 issued on behalf of Morgan Stanley DW, Inc. as Principal in a penal sum of $ 10,000.00, and the execution of such bond or undertaking in pursuance of these presents, shall be as binding upon said Company, as fully and amply, to all intents and purposes, as if it had been duly executed and acknowledged by the regularly elected officers of the Company at its office in Baltimore, MD, in their own proper persons.

The said Assistant Secretary does hereby certify that the extract set forth on the next page hereof is a true copy of Article VI, Section 2, of the By-Laws of said Company, and is now in force.

IN WITNESS WHEREOF, the said Vice-President and Assistant Secretary have hereunto subscribed their names and affixed the Corporate Seal of the said COLONIAL AMERICAN CASUALTY AND SURETY COMPANY, this 19th day of June, A.D. 2006.

ATTEST:                                COLONIAL AMERICAN CASUALTY AND SURETY COMPANY



Gerald F. Haley  *Assistant Secretary*         By: Frank E. Martin, Jr.  *Vice President*

State of Maryland  } ss:
County of Baltimore

On this 19th day of June, A.D. 2006, before the subscriber, a Notary Public of the State of Maryland, duly commissioned and qualified, came Frank E. Martin, Jr., Vice President, and Gerald F. Haley, Assistant Secretary of the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY, to me personally known to be the individuals and officers described in and who executed the preceding instrument, and they each acknowledged the execution of the same, and being by me duly sworn, severally and each for himself deposeth and saith, that they are the said officers of the Company aforesaid, and that the seal affixed to the preceding instrument is the Corporate Seal of said Company, and that the said Corporate Seal and their signatures as such officers were duly affixed and subscribed to the said instrument by the authority and direction of the said Corporation.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal the day and year first above written.

Stephen G. Moxley  *Notary Public*
My Commission Expires: November 1, 2007

### EXTRACT FROM BY-LAWS OF COLONIAL AMERICAN CASUALTY AND SURETY COMPANY

"Article VI, Section 2. The Chairman of the Board, or the President, or any Executive Vice-President, or any of the Senior Vice-Presidents or Vice-Presidents specially authorized so to do by the Board of Directors or by the Executive Committee, shall have power, by and with the concurrence of the Secretary or any one of the Assistant Secretaries, to appoint Resident Vice-Presidents, Assistant Vice-Presidents and Attorneys-in-Fact as the business of the Company may require, or to authorize any person or persons to execute on behalf of the Company any bonds, undertaking, recognizances, stipulations, policies, contracts, agreements, deeds, and releases and assignments of judgements, decrees, mortgages and instruments in the nature of mortgages,...and to affix the seal of the Company thereto."

### CERTIFICATE

I, the undersigned, Assistant Secretary of the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY, do hereby certify that the original Power of Attorney of which the foregoing is a full, true and correct copy, is in full force and effect on the date of this certificate; and I do further certify that the Vice-President who executed the said Power of Attorney was one of the additional Vice-Presidents specially authorized by the Board of Directors to appoint any Attorney-in-Fact as provided in Article VI, Section 2, of the By-Laws of the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY.

This Power of Attorney and Certificate may be signed by facsimile under and by authority of the following resolution of the Board of Directors of the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY at a meeting duly called and held on the 5th day of May, 1994.

RESOLVED: "That the facsimile or mechanically reproduced seal of the company and facsimile or mechanically reproduced signature of any Vice-President, Secretary, or Assistant Secretary of the Company, whether made heretofore or hereafter, wherever appearing upon a certified copy of any power of attorney issued by the Company, shall be valid and binding upon the Company with the same force and effect as though manually affixed."

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the corporate seal of the said Company, this 19th day of June, 2006.

L. L. Goucher    *Assistant Secretary*