MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*Morgan Stanley DW Inc.  v. Ty A. Schommer, Lynn Anthony Soiseth, Scott David Ingrim, and James Vincent O'Reilly*
Case No.   3:06-cv-00135 TMB


By:	THE HONORABLE TIMOTHY M. BURGESS


PROCEEDINGS:	ORDER FROM CHAMBERS

Defendants have made a motion (Docket No. 44) to amend the temporary restraining order issued by this Court on June 15, 2006.  Plaintiff has filed a response to the motion (Docket No. 45), acceding to the amendment on the condition that certain clarifying language be added thereto.

**IT IS THEREFORE ORDERED:**

The following paragraph is added to the temporary restraining order issued on June 15, 2006 (Docket No. 43):

10.	The Account Executive Employment Agreement for each Defendant contains at paragraph 2.1 a geographic limitation for solicitation.  The provisions at Paragraph 1.A of this Order only apply to the Defendants within the geographic limitations set forth in this Paragraph:

Ty A Schommer, a one hundred (100) mile radius from the Morgan Stanley office in Anchorage, Alaska;

Lynn Anthony Soiseth, a twenty-five (25) mile radius from the Morgan Stanley office in Anchorage, Alaska;

Scott David Ingrim, a one-hundred (100) mile radius from the Morgan Stanley office in Anchorage, Alaska; and

James Vincent O'Reilly, a twenty-five (25) mile radius from the Morgan Stanley office in Anchorage, Alaska.

Notwithstanding the above, no individual Defendant may act in concert with any other Defendant or A.G. Edwards employee to circumvent that individual Defendant's geographic

limitation (*e.g.* Defendant 1, with a 100 mile geographic limitation, may not work in concert with any A.G. Edwards employee or Defendant 2, with a 25 mile geographic limitation, to solicit Defendant 1's clients between 26 and 100 miles from the Anchorage, Alaska offices of Morgan Stanley).

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE:   June 20, 2006