William M. Bankston, Esq.
Barbra Z. Nault, Esq.
Bankston Gronning O'Hara, P.C.
601 West 5th Avenue, Suite 900
Anchorage, Alaska 99501
(907) 276-1711 (telephone)
(907) 279-5358 (fax)
wbankston@bankston.to

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MORGAN STANLEY DW INC., a Delaware Corporation,<br><br>                Plaintiff,<br><br>v.<br><br>TY A. SCHOMMER; LYNN ANTHONY SOISETH, SCOTT DAVID INGRIM, and JAMES VINCENT O'REILLY,<br><br>                Defendants. | <br><br><br><br><br><br><br><br><br><br><br>Case No. 3:06-cv-00135 [TMB] |

**DEFENDANTS' STATUS REPORT**

Defendants, Ty A. Schommer, Lynn Anthony Soiseth, Scott David Ingrim and James Vincent O'Reilly (collectively "Defendants"), by and through their counsel of record, hereby submit a status report to the Court in accordance with the Temporary Restraining Order entered on June 15, 2006.[1]

Defendants have abided by the terms and conditions set forth in the Temporary Restraining Order which was further modified by Order dated June 20, 2006.

---

[1] *See* para. 7, Temporary Restraining Order.

DEFENDANTS' STATUS REPORT
*Morgan Stanley DW, Inc. v. Schommer, et al.*, USDC Case No. 3:06-cv-00135 [TMB]   Page 1 of 2
A4134/01/PLEADINGS/STATUSrept.doc

The parties will present their dispute, including the request for injunctive relief, before an arbitration panel established by the National Association of Securities Dealers ("NASD") beginning at 9:00 a.m. on Tuesday, June 27, 2006. The panel will be in a position to address Plaintiff's request for continued injunctive relief. Therefore, there is no reason for the court to extend the TRO beyond its current term.

As noted in Docket No. 42, Defendants' answers to the complaint are stayed pending further order of the Court.

DATED at Anchorage, Alaska this 26th day of June, 2006.

          BANKSTON GRONNING O'HARA, PC
          Attorneys for Defendants

By:   s/Barbra Z. Nault
       601 W. 5th Avenue, Suite 900
       Anchorage, Alaska 99501
       Phone: (907) 276-1711
       Fax: (907) 279-5358
       E-mail: bnault@bankston.to
       AK Bar #7111024

**CERTIFICATE OF SERVICE**

I hereby certify that on Monday, June 26, 2006,
a true and correct copy of the foregoing Status Report
was served electronically on

Calvin R. Jones
Jones & Colver, LLC
1900 W. Benson Blvd., Suite 201
Anchorage, AK 99517


s/Barbra Z. Nault

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to