Calvin R. Jones
Jones & Colver, LLC
1900 West Benson Blvd. Suite 201
Anchorage Alaska 99517
(907) 272-6511

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| MORGAN STANLEY DW INC.,<br>A Delaware corporation,<br><br>        Plaintiff,<br>vs.<br><br>TY A. SCHOMMER, LYNN ANTHONY<br>SOISETH, SCOTT DAVID INGRAM,<br>AND JAMES VINCENT O"REILLY,<br><br>        Defendants. | No. A3:06-cv-00135<br><br>**STATUS REPORT TO<br>THE COURT** |

The Temporary Restraining Order entered by this court on June 15, 2006 remains effective through 4:30 p.m. on Monday, June 26, 2006. Pursuant to the court's order made as a part of the Temporary Restraining Order, the parties are to submit a status report by noon on Monday, June 26, 2006.

The undersigned counsel has spoken with a member of Mr. Bankston's firm this morning to jointly file such report and each party will be filing a separate status report.

Counsel for plaintiffs makes the following report, and requests that the Temporary Restraining Order be extended for the following reasons:

(1) A hearing is scheduled for Tuesday June 27, 2006 before the National Association of Securities Dealers (NASD) at Anchorage, Alaska

before a NASD panel. During the course of that hearing the present TRO will be addressed in terms of the NASD dissolving, granting and/or extending injunctive relief.

  (2) It is likely that the NASD will render a decision within one week regarding the current TRO and its decision to dissolve, extend, modify, or grant other injunctive relief following the conclusion of the hearing.

  Morgan Stanely DW Inc., would request that this court:

  (a) continue the present TRO until 4:30 on July 6, 2006; and

  (b) that counsel file a further status report within one (1) business day following the NASD's decision, regarding the TRO and/or the decision of that body concerning the dissolution of, or the grant of any further injunctive relief.

  Respectively submitted this 26th day of June, 2006.

    Jones & Colver, LLC

    By: /s/ Calvin R. Jones
    Calvin R. Jones,
    1900 W Benson Blvd Suite 201
    Anchorage, AK 99517
    (907) 272-6511 Phone
    (907) 276-6511 Fax
    pj@jonescolver.com
    ASB #7610109
    *Of Attorneys for Plaintiff Morgan Stanley DW Inc.*