## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*Morgan Stanley DW Inc.  v. Ty A. Schommer, Lynn Anthony Soiseth, Scott David Ingrim, and James Vincent O'Reilly*
Case No.   3:06-cv-00135 TMB


By:             THE HONORABLE TIMOTHY M. BURGESS


PROCEEDINGS:    ORDER FROM CHAMBERS

The Court has reviewed the parties' status reports (Docket Nos. 48 and 49).

**IT IS HEREBY ORDERED:**

The temporary restraining order issued by this Court at Docket No. 43, as amended at Docket No. 47, shall remain in effect through 4.30 p.m. on Thursday, July 6, 2006.

The parties shall submit a status report within one business day of the NASD arbitration panel's decision on the injunctive relief sought by Morgan Stanley, and, in any event, no later than 4.30 p.m. on Wednesday, July 5, 2006.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.


DATE:   June 26, 2006