William M. Bankston, Esq.
Barbra Z. Nault, Esq.
Brian J. Stibitz, Esq.
Bankston Gronning O'Hara, P.C.
601 West 5th Avenue, Suite 900
Anchorage, Alaska 99501
(907) 276-1711 (telephone)
(907) 279-5358 (fax)
wbankston@bankston.to

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MORGAN STANLEY DW INC., a Delaware Corporation, <br><br>　　　　　　　　Plaintiff, <br><br>v. <br><br>TY A. SCHOMMER; LYNN ANTHONY SOISETH, SCOTT DAVID INGRIM, and JAMES VINCENT O'REILLY, <br><br>　　　　　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 3:06-cv-00135 [TMB] |

**STIPULATION TO DISSOLVE TEMPORARY RESTRAINING ORDER AND EXONERATE MORGAN STANLEY'S BOND**

COME NOW, Plaintiff Morgan Stanley D.W. Inc. ("Morgan Stanley") and Defendants Ty Schommer, Lynn Soiseth, Scott Ingrim, and Vincent O'Reilly, by and through their respective counsel, and hereby stipulate and agree as follows:

1. The Temporary Restraining Order issued by the Court on June 15, 2006, at Docket No. 43, as modified on June 20, 2006, at Docket No. 47, and renewed by the court on Monday, June 26, 2006, at Docket No. 50, shall be dissolved.

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to

2.     Morgan Stanley's bond of $10,000 shall be exonerated, and Defendants hereby agree that they shall make no claims against the bond for costs or claims arising from the Court's issuance of the temporary restraining order.

DATED at Anchorage, Alaska this 30th day of June, 2006.

                        BANKSTON GRONNING O'HARA, PC
                        Attorneys for Defendants

By:    s/Barbra Z. Nault
        601 W. 5th Avenue, Suite 900
        Anchorage, Alaska 99501
        Phone: (907) 276-1711
        Fax: (907) 279-5358
        E-mail: bnault@bankston.to
        AK Bar #7111024

JONES & COLVER, LLC
Attorneys for Plaintiff

By:    s/Calvin R. Jones(consent)
        1900 W. Benson Blvd., Suite 201
        Anchorage, AK 99517
        Phone: (907) 272-6511
        Fax: (907) 276-6511
        E-mail: pj@jonescolver.com
        AK Bar No. 7610109

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to