William M. Bankston, Esq.
Barbra Z. Nault, Esq.
Brian J. Stibitz, Esq.
Bankston Gronning O'Hara, P.C.
601 West 5th Avenue, Suite 900
Anchorage, Alaska 99501
(907) 276-1711 (telephone)
(907) 279-5358 (fax)
wbankston@bankston.to

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MORGAN STANLEY DW INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> TY A. SCHOMMER; LYNN ANTHONY SOISETH, SCOTT DAVID INGRIM, and JAMES VINCENT O'REILLY, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 3:06-cv-00135 [TMB] |

### **[PROPOSED] ORDER DISSOLVING TEMPORARY RESTRAINING ORDER AND EXONERATE MORGAN STANLEY'S BOND**

The parties having filed a Stipulation to Dissolve Temporary Restraining Order and Exonerate Morgan Stanley's Bond, it is hereby ORDERED that

1. The Temporary Restraining Order issued by the Court on June 15, 2006, at Docket No. 43, as modified on June 20, 2006, at Docket No. 47, and renewed by the court on Monday, June 26, 2006, at Docket No. 50, is dissolved.

2. Morgan Stanley's bond of $10,000 is exonerated.

DATED at Anchorage, Alaska this _____ day of June, 2006.

_____
TIMOTHY M. BURGESS
UNITED STATES DISTRICT COURT JUDGE

BANKSTON GRONNING O'HARA, P.C.
Attorneys at Law
601 W. 5th Avenue, Suite 900
Anchorage, Alaska 99501
Tel. (907) 276-1711 - Fax (907) 279-5358
www.bankston.to