IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MORGAN STANLEY DW INC., a Delaware Corporation, </br></br>           Plaintiff, </br></br> v. </br></br> TY A. SCHOMMER; LYNN ANTHONY SOISETH, SCOTT DAVID INGRIM, and JAMES VINCENT O'REILLY, </br></br>           Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 3:06-cv-00135 (TMB) |

## ORDER DISSOLVING TEMPORARY RESTRAINING ORDER AND EXONERATING MORGAN STANLEY'S BOND

The parties having filed a Stipulation to Dissolve Temporary Restraining Order and Exonerate Morgan Stanley's Bond, at Docket No. 51, it is hereby ORDERED that

1. The Temporary Restraining Order issued by the Court on June 15, 2006, at Docket No. 43, as modified on June 20, 2006, at Docket No. 47, and renewed by the court on June 26, 2006, at Docket No. 50, is dissolved.

2. Morgan Stanley's bond of $10,000 is exonerated.

Dated at Anchorage, Alaska, this 30th day of June, 2006.

/s/ Timothy Burgess
Timothy M. Burgess
United States District Judge